## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-52417-wlh |
| | : | |
| **DIORE ALLEN LINDSEY,** | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE (Wendy L. Hagenau) |
| ---------------------------------------------------------- | : | |
| CRP POLLACK 72 MILTON OWNER LLC, | : | |
| d/b/a THE MAVERICK FLATS, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | **CONTESTED MATTER** |
| | : | |
| DIORE ALLEN LINDSEY, Debtor, | : | |
| S. GREGORY HAYES, Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

### <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that CRP Pollack 72 Milton Owner LLC, d/b/a The

Maverick Flats, has filed a *Motion for Relief from Automatic Stay* and related papers with the

Court seeking an order granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic

hearing for announcements on the *Motion for Relief from Automatic Stay* at the following

number: toll-free number: **833-568-8864;** meeting id **161 202 1574,** at **9:30 A.M.** on May 18,

2023 in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia,

30303.

Matters that need to be heard further by the Court may be heard by telephone, by video

conference, or in person, either on the date set forth above or on some other day, all as

determined by the Court in connection with this initial telephonic hearing. Please review the

"Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and

1

Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court,

www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: April 6, 2023

/s/ J. Mike Williams
J. Mike Williams
Georgia Bar No. 765209
Counsel for Movant
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com

2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-52417-wlh |
| | : | |
| **DIORE ALLEN LINDSEY,** | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE (Wendy L. Hagenau) |

-------------------------------------------------------- :

| | | |
|---|---|---|
| CRP POLLACK 72 MILTON OWNER LLC, | : | |
| d/b/a THE MAVERICK FLATS, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | **CONTESTED MATTER** |
| | : | |
| DIORE ALLEN LINDSEY, Debtor, | : | |
| S. GREGORY HAYES, Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** CRP Pollack 72 Milton Owner LLC, d/b/a The Maverick Flats, by and through counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11 USC 362 and 363.

2.

The Debtor filed a petition under Chapter 7 of the Bankruptcy Code on March 13, 2023.

3.

Movant is the lessor of the premises where the Debtor resides at 72 Milton Avenue, Apt. 4109, Atlanta, GA 30315 (the "Premises").

3

4.

Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $1,350.00 with a late fee of $200.00 plus utilities.  Attached hereto as Exhibit No. 1 is a true and accurate copy of the Lease.

5.

Debtor owes pre-petition rent and fees for the months of November and December, 2022; January, February and March, 2023 in the amount of $8,361.87 and post-petition rent for the month of April, 2023 in the amount of $2,151.62, including utilities.  Attached hereto and marked as Exhibit No. 2 is a true and accurate copy of the Ledger.

6.

Debtor's lease commenced on September 2, 2022.

7.

Pursuant to 11 USC 362, Movant is stayed from the commencement or continuation of any court or other proceeding against Debtor to recover the leased premises.

8.

Debtor has a mere possessory interest in the property.

9.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

10.

Debtor is still in possession of the premises, and Movant is not adequately protected. Therefore, Debtor is required to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1.  An Order terminating the automatic stay and authorizing Movant to commence and/or continue with eviction proceedings in State Court;

2.  A waiver of Bankruptcy Rule 4001(a)(3);

3.  Reasonable attorney's fees; and/or

4.  Such other and further relief as is just and proper.

This the 6th day of April, 2023.

/s/ J. Mike Williams
J. Mike Williams
State Bar No. 765209
Attorney for Movant

Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-52417-wlh |
| | : | |
| **DIORE ALLEN LINDSEY,** | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE (Wendy L. Hagenau) |

---------------------------------------------------------- :

| | | |
|---|---|---|
| CRP POLLACK 72 MILTON OWNER LLC, | : | |
| d/b/a THE MAVERICK FLATS, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | **CONTESTED MATTER** |
| | : | |
| DIORE ALLEN LINDSEY, Debtor, | : | |
| S. GREGORY HAYES, Chapter 7 Trustee, | : | |
| | : | |
| Respondent. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the **6**[th] day of **April, 2023,** I electronically filed the foregoing **Motion for Relief from Stay and Notice of Hearing** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Diore Allen Lindsey
72 Milton Avenue, S.E.
Apt. 4109
Atlanta, GA  30315

6

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Dated: April 6th, 2023

/s/ J. Mike Williams
J. Mike Williams
Georgia Bar No. 765209
Counsel for Movant
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA 30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com



**EXHIBIT**
**1**

**APAR** 

Equal Housing Opportunity Provider

Date of Lease Contract: **September 2, 2022**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract):*

Diore' Lindsey, Darius Lindsey

and *us*, the owner: CRP Pollack 72 Milton Owner LLC

*(name of apartment community or title holder).* You've agreed to rent apartment No. **4109**, at 72 Milton Ave. #4109
Atlanta
*(street address) in*
(city), Georgia, **30315** *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **7** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **2nd** day of **September**, **2022**, and ends at 11:59 p.m. the **1st** day of **September**, **2023**.

**Renewal.** This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days written notice of termination or intent to move-out as required by paragraph 46 (Move-Out Notice). If the number of days isn't filled in, at least 30 days notice is required.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **1350.00**, due on or before the date this Lease Contract is signed.

Your security deposit will be (check one)

☒ placed in an account at (state the bank's name) Synovus Bank
located at (state the bank's address) 1111 Bay Ave., Columbus GA 31902

OR

☐ secured by a bond which is on file with the _____ (County) Clerk of Superior Court.

In the event interest is earned on the security deposit, Owner may keep the interest.

**5. KEYS.** You will be provided __0__ apartment key(s), __2__ mailbox key(s), __0__ FOB(s), and/or __0__ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or rekeying of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ **1350.00** per month for rent, payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☐ at www.maverickatl.residentportal.com

Prorated rent of $ **1305.00** is due for the remainder of *[check one]:* ☒ 1st month or ☐ 2nd month, on **September 2, 2022**.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the **1st** day of the month, you'll pay a late charge. Your late charge will be *(check one)*: ☒ a flat rate of $ **200.00** or ☐ _____ % of your total monthly rent payment. Regardless of the calculation method chosen above, the total amount of your late charges shall not exceed ten percent (10%) of your monthly rent payment. You'll also pay a charge of $ **75.00** for each returned check or rejected electronic payment, plus a late charge. If you don't pay rent on time, you'll be delinquent and all remedies under state law and this Lease Contract will be authorized. We'll also have all other remedies for such violation.

The failure to pay rent timely or the violation of the animal restrictions will result in added administrative and other expenses to us. Since such additional expenses are difficult to determine, late fees and animal violation charges are considered liquidated damages. The amount of such fees and charges are reasonable estimates of the administrative and other expenses we would incur. Animal violation charges do not cover damages to the premises and don't limit your liability for same. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water    ☐ gas    ☐ electricity    ☐ master antenna.
☐ wastewater    ☐ trash    ☐ cable TV
☐ other _____

© 2022, National Apartment Association, Inc. - 5/2022, Georgia

*Darius D Lindsey*    *Diore' A Lindsey*    *John McHugh*

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities other than cable TV not provided by us to be disconnected for any reason—including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state or local law. You must not heat the apartment using gas-operated stoves or ovens which were intended for use in cooking.

**\*\*Important Disclosure Regarding Management's Right to Select the Natural Gas Marketer (Provider).** Resident (the Tenant) authorizes Management (the Landlord) to act as Resident's agent for the limited purpose of selecting the Resident's natural gas marketer, to provide the natural gas marketer to obtain credit information on the Resident, if required by the marketer, and to enroll the Resident on the marketer's standard variable price plan for which the Resident is eligible, unless the Resident chooses another price plan for which he or she is eligible. Resident acknowledges that Management may have business relationship with the natural gas marketer that may provide for a financial or other benefit to Management in exchange for the Resident's enrollment with the Marketer.

8. **INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all Tenants, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance throughout your tenancy, including any renewal periods and/or lease extensions, is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

You acknowledge that no portion of the rent paid by you under this agreement will be specifically allocated for the purchase of the owner's structural fire insurance, though the owner may use a portion of gross rental proceeds obtained from all rental units in the community to purchase such structural fire insurance, and in such an event, that you are in no way a co-insured under any such policy.

9. **LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in to your apartment.

You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

---

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.** You'll be liable to us for a reletting charge of $ _____0.00_____ (not to exceed 100% of the highest monthly rent during the Lease Contract term) if you:

(1) fail to give written move-out notice as required in paragraphs 24 (Military Transfer and Lease Termination) or 46 (Move-Out Notice); or

(2) move out without paying rent in full for the entire Lease Contract term or renewal period; or

(3) move out at our demand because of your default; or

(4) are judicially evicted.

The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract.

**Not a Release.** The reletting charge is not a Lease Contract cancellation fee or buyout fee. It is an agreed-to liquidated amount covering only part of our damages; that is, our time, effort, and expense in finding and processing a replacement resident. These damages are uncertain and difficult to ascertain—particularly those relating to inconvenience, paperwork, advertising, showing apartments, utilities for showing, checking prospects, office overhead, marketing costs, and locator-service fees. You agree that the reletting charge is a reasonable estimate of such damages and that the charge is due whether or not our reletting attempts succeed. If no amount is stipulated, you must pay our actual reletting costs so far as they can be determined. The reletting charge does not release you from continued liability for: future or past-due rent; charges for cleaning, repairing, repainting, or unreturned keys; or other sums due.

12. **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment or apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from your or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT. All property in the apartment is subject to a contractual lien to secure payment of delinquent rent.** For this purpose, "apartment" excludes common areas but includes interior living areas and exterior patios, balconies, attached garages, and storerooms for your exclusive use.

**Removal After Surrender, Abandonment, or Eviction.** We law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment (see definitions in paragraph 51 - Deposit Return, Surrender, and Abandonment).

**Storage.** We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We're not liable for casualty loss, damage, or theft of such property. You must pay reasonable charges for our packing, removing, storing, and selling any property. We have a lien on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, reletting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

© 2022, National Apartment Association, Inc. - 5/2022, Georgia

*2 Darius D Lindsey*    *45 Diore' A Lindsey*    *88 John McHugh*

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may throw away or give to a charitable organization all items of personal property that are: (1) left in the apartment after surrender or abandonment; or (2) left outside more than 24 hours after a writ of possession is executed, following a judicial eviction. Animals removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, which must be held no sooner than 30 days after written notice of date, time, and place of sale is sent by both regular mail and certified mail (return receipt requested) to your last known address. The notice must itemize the amounts you owe and the name, address, and phone number of the person to contact about the sale, the amount owed, and your right to redeem the property. Sale may be public or private, is subject to any third-party ownership or lien claims, must be to the highest cash bidder, and may be in bulk, in batches, or item-by-item. Proceeds exceeding sums owed must be mailed to you at your last known address within 30 days after sale.

**14. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, future rent, reletting charges, attorney's fees, court costs, and other lawful charges. Our mitigation duties under paragraph 33 (Default by Resident) still apply.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 19 (Community Policies or Rules). If, at least 5 days before the advance notice deadline referred to in paragraph 3 (Lease Term), we give you written notice of rent increases or Lease Contract changes effective when the Lease Contract term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or Lease Contract changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 46 (Move-Out Notice).

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the initial term as set forth in paragraph 3 (Lease Term)—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2) If we give written notice to any of you before the initial term as set forth in paragraph 3 (Lease Term) and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new initial term as set forth in paragraph 3 (Lease Term) for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**17. AD VALOREM TAXES/FEES AND CHARGES - ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

**18. DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

---

### While You're Living in the Apartment

**19. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

**20. LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall ride or allow bikes, skateboards, or other similar objects in the passageways. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**21. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

---

<sup>3</sup> *Darius D Lindsey*    <sup>46</sup> *Diore 'A Lindsey*    <sup>89</sup> *John McHugh*

**22. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may remove unauthorized or illegally parked vehicles from the apartment community at your expense under the terms of this Lease Contract or by appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

**23. RELEASE OF RESIDENT.** Unless you're entitled to terminate your tenancy as pertains to a Family Violence Order under this paragraph or under paragraphs 10 (Special Provisions), 16 (Delay of Occupancy), 24 (Military Transfer and Lease Termination), 32 (Responsibilities of Owner), or 46 (Move-Out Notice), you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**RELEASE OR TERMINATION DUE TO A FAMILY VIOLENCE COURT ORDER.** You may terminate the Lease Contract by giving us a 30 day written notice and a copy of the family violence order as provided in OCGA 44-7-23 if a Court has issued a civil or criminal family violence order protecting you or your minor child. If you obtained an ex parte temporary protective order (TPO) you must also provide a copy of the police incident report on which the order was based.

The termination will take effect on the 30th day after providing us your written Lease Contract termination notice accompanied by a copy of the family violence order; however, you may continue to occupy the apartment until the termination date. You will continue to be responsible for any past due rent and rent that comes due prorated through the date your Lease Contract termination is effective. Also, you are responsible for all other sums that come due or are incurred through the Lease Contract termination date.

If you signed the Lease Contract but have not yet taken possession of the apartment you may terminate the Lease Contract prior to taking possession by giving us at least 14 days written notice and providing a copy of the family violence order and a copy of the police incident report if the order was an ex parte TPO. If you give us a proper 14 day termination notice based on a family violence order prior to taking possession of the apartment you are not liable for payment of any rent or other fees, and the Lease Contract will terminate.

**24. MILITARY TRANSFER AND LEASE TERMINATIONS.**
A resident (including a resident's spouse) who is a service member on active duty or is called to active duty in the regular or the reserve component of the U.S. Armed Forces, U.S. Coast Guard or National Guard, shall have the right to end this Apartment Rental Contract early by giving 30 days written notice, paying all rent due through the notice date, and providing a copy of the official military orders or written verification signed by the service member's commanding officer or by providing base housing orders as provided in OCGA Section 44-7-22, if the service member is:

(1) Ordered to federal duty for a period of 90 days or longer;
(2) Receives a permanent change of station orders to move at least 35 miles away from the rental housing;
(3) Is released from active duty after leasing housing and must move 35 miles or more away from the service member's home of record prior to entering active duty;
(4) After entering into this rental agreement, the service member becomes eligible to live in government quarters or the failure to move to government quarters will result in a forfeiture of the member's basic allowance for housing;

(5) Receives temporary duty orders or temporary change of station orders or state active duty orders for a period exceeding 60 days that is at least 35 miles away from the location of the rental housing; or
(6) Receives orders after signing the lease but before taking possession of the rental housing.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days after the date on which your next rental payment is due. You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10 (Special Provisions), you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 33 (Default by Resident). You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**25. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and access control devices.

**Smoke Detectors and Carbon Monoxide Detectors.** We'll furnish smoke detectors and carbon monoxide detectors only if required by statute or ordinance, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke detector and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke detectors nor the carbon monoxide detectors. If you damage or disable the smoke detector or carbon monoxide detector or remove a battery without replacing it with a working battery, you will be liable to us for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water. We both must comply with any local smoke detector and carbon monoxide detector ordinances.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, interruption of utilities, theft, or vandalism unless otherwise required by law. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the apartment is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your apartment, you'll be liable for damage to our and other's property. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity, or other emergency involving imminent harm. You should then contact our representative. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures

⁴ *Darius D Lindsey*      ⁴⁷ *Diore'A Lindsey*      ⁹⁰ *John McHugh*

can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You also must furnish us with the law-enforcement agency's incident report number upon request.

**26. CONDITION OF THE PREMISES AND ALTERATIONS.**
You accept the apartment, fixtures, and furniture as is. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. Prior to move-in, you must sign and note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**27. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE RESIDENT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**28. ANIMALS.** Unless otherwise provided under federal, state or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a

disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal, we may require you to execute a separate animal and/or assistance animal addendum. Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal, state, or local law. You must not feed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except for attorney's fees and litigation costs) in enforcing animal restrictions and rules. We may remove an unauthorized animal by (1) leaving, in a conspicuous place in the apartment, a 24-hour written notice of intent to remove the animal, and (2) following the procedures of paragraph 29 (When We May Enter). We may keep or kennel the animal or turn it over to a humane society or local authority. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

**29. WHEN WE MAY ENTER.** If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(1)  written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and

(2)  entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector and carbon monoxide detector batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or access control devices; removing or rekeying unauthorized access control devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials), or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected; removing unauthorized animals; cutting off electricity according to statute; retrieving property owned or leased by former residents; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents.

**30. JOINT AND SEVERAL RESPONSIBILITY.** Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of tenancy termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 51 (Deposit Return, Surrender, and Abandonment).

⁵ *Darius D Lindsey*     ⁴⁸ *Diore' A Lindsey*     ⁹¹ *John McHugh*

## Replacements

**31. REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, assignment, or granting a right or license to occupy is allowed only when we expressly consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent, in writing, to the replacement, subletting, assignment, or granting a right or any license to occupy, then:

(1) a reletting charge *will not* be due;

(2) a reasonable administrative (paperwork) and/or transfer fee *will* be due, and a rekeying fee *will* be due if rekeying is requested or required; and

(3) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Contract term unless we agree otherwise in writing—even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

**32. RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 26 (Condition of the Premises and Alterations);

(2) maintain fixtures, furniture, hot water, heating and A/C equipment;

(3) comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and

(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate your tenancy and exercise other remedies under state statute only as follows:

(a) you must make a written request for repair or remedy of the condition, and all rent must be current at the time;

(b) after receiving the request, we have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(c) if we haven't diligently tried to repair within a reasonable time, you must then give us written notice of intent to terminate your tenancy unless the repair is made within 7 days;

(d) if repair hasn't been made within 7 days, you may terminate your tenancy and exercise other statutory remedies. Security deposits and prorated rent will be refunded as required by law;

(e) you may terminate your tenancy under this provision only if the repair or condition is so material and substantial as to render the apartment unfit for habitation; and

(f) you must move out of the apartment on or before the termination date specified in your notice.

**33. DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect, misleading, or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or drug paraphernalia are found in your apartment; (7) you or your occupants or guests sell, distribute, solicit, possess, or control any illegal drugs or drug paraphernalia in your vehicle, your apartment, anywhere in the apartment community, or on your person; (8) you or any guest or occupant engages in any of the

prohibited conduct described in paragraph 21 (Prohibited Conduct); or (9) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government.

**Eviction.** If you default, we may end your right of occupancy by giving you a 24-hour written notice to vacate. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; (5) affixing the notice to the inside of the apartment's main entry door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) the rental value of your apartment while you hold over is due in advance on a monthly basis and shall be delinquent without notice or demand; (2) the rental value for the holdover period will be increased by 25% over the then-existing rent, without notice; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) at our option, we may extend the lease term--for up to one month from the date of notice of lease extension--by delivering written notice to you or your apartment while you continue to hold over.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies, including tenancy termination. The prevailing party may recover from the non-prevailing party 15% attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 16% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline.

**Remedies Cumulative.** Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 (Early Move-Out) and all other remedies. We'll exercise customary diligence to relet and mitigate damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

## General Clauses

**34. ENTIRE AGREEMENT.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**35. NO AUTHORITY TO AMEND UNLESS IN WRITING.** Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**36. NO WAIVER.** No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances.

**37. NOTICE.** Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

*⁶ Darius D Lindsey      ⁴⁹ Diore'A Lindsey      ⁹² John McHugh*

**38. MISCELLANEOUS.**
A. Exercising one remedy won't constitute an election or waiver of other remedies.
B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
C. All remedies are cumulative.
D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
E. This Lease Contract binds subsequent owners.
F. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
G. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
H. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option.
I. All Lease Contract obligations must be performed in the county where the apartment is located.
J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.
K. Resident agrees and understands that the terms and conditions of this agreement, including any and all rules and regulations or other documents or policies referred to herein, will be construed and applied under and according to the laws of the state of Georgia.

**39. WAIVER OF JURY TRIAL.**   To minimize legal expenses and, to the extent allowed by law, you and we agree that a trial of any lawsuit based on statute, common law, and/or related to this Lease Contract shall be to a judge and not a jury.

**40. LIMITATIONS ON ACTIONS.**   To the extent allowed by law, Resident also agrees and understands that any legal action against Management or Owner must be instituted within one year of the date any claim or cause of action arises and that any action filed after one year from such date shall be time barred as a matter of law.

**41. CONTACTING YOU.**   By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to

promptly notify us if you change any contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**42. OBLIGATION TO VACATE.**   If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the premises and remove all of your personal property therefrom at the expiration of the Lease term without further notice or demand from us.

Although the property may currently be providing cable on a bulk basis to the resident, the property may, with 30 days notice to the resident, cease providing cable and the resident will contract directly with the cable provider for such services.

You affirmatively state that you are not a criminal sex offender.

**43. FORCE MAJEURE:**   If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**44. PAYMENTS.**   Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 (Contractual Lien and Property Left in Apartment) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**45. ASSOCIATION MEMBERSHIP.**   We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

| When Moving Out |
|---|

**46. MOVE-OUT NOTICE.**   Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by paragraph 3 (Lease Term). If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract. You will still be liable for the entire Lease Contract term if you move out early (see paragraph 23 - Release of Resident) except if you are able to terminate the Lease Contract under the statutory rights explained under paragraph 11 (Early Move-Out), paragraph 23 (Release of Resident), and paragraph 24 (Military Transfer and Lease Termination). All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of paragraph 3 (Lease Term), even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, your notice is void and you must submit a new written notice. If you fail to provide proper notice and vacate, you will be responsible for an additional month's rent. The one month's rent represents the period that the apartment sits vacant and constitutes actual damages for loss of rent.

**47. MOVE-OUT PROCEDURES.**   The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future rent under paragraphs 11 (Early Move-Out) and 33 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**48. CLEANING.**   You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**49. MOVE-OUT INSPECTION.**   Within 3 business days after the Lease Contract terminates and you vacate the premises or within 3 business days after you surrender and we accept back possession of the apartment - whichever occurs first - we'll inspect your unit and prepare a comprehensive list of damage done during your occupancy (over and above normal wear) and the estimated dollar value of the damage.

Upon your request within 5 business days after the Lease Contract terminates and you vacate the premises or upon your request within 5 business days after you surrender and we accept back possession of the apartment - whichever occurs first - you have the right to inspect the premises and inspect our list of damages and estimated dollar value of the damages.

If you are present with us at the time of the inspection we will both sign the damage list which will become conclusive evidence of the accuracy of the list. If you refuse to sign the list, you must state specifically in writing the items on the list with which you object or dissent. You may note your objections or dissent on the list we prepare, or you may submit a separate list of your objections and dissent to our list.

Within 30 days after obtaining possession of your unit once the Lease Contract terminates and you vacate the premises or within 30 days after you surrender and we accept back possession of the premises – whichever occurs first - we will either: 1) return your full security

© 2022, National Apartment Association, Inc. - 5/2022, Georgia

*Darius D Lindsey*   ⁷   *Diore' A Lindsey*   ⁵⁰   *John McHugh*   ⁹³

deposit; or 2) return the remaining portion (if any) of your security deposit less any amounts we deducted for damages exceeding wear and tear, unpaid rent, or other charges or fees you owe us under the Lease Contract. If we do not return your full security deposit we will send you the remaining balance of the deposit (if any) along with a copy of the damage list and estimated value from our inspection.

If you vacate or surrender the premises without notifying us, we will inspect the premises and compile the list of damages and estimated value within a reasonable time after we discover you surrendered the premises or vacated.

If you are present at the move out inspection after vacating and sign the final damage list or if you are present at the move out inspection and do not object or dissent in writing to the items on the list, you are not entitled to recover your security deposit or other damages under OCGA 44-7-35.

If you did not request a copy of the final damage list and you did not inspect the premises after vacating you still will have the right to dispute the damages we assessed against your security deposit.

If you did not request a copy of the final damage list and were not present for our inspection after vacating you still will have the right to dispute the damages we assessed against your security deposit.

**50. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector or carbon monoxide detectors batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized access control devices or alarm systems; agreed reletting charges; packing, removing, or storing property removed or stored under paragraph 13 (Contractual Lien and Property Left in Apartment); removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 28 (Animals); government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke

detectors and carbon monoxide detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/manager's time and inconvenience in our lawful removal of an animal; attorney's fees, court costs, and filing fees actually paid or incurred with respect to an eviction proceeding, your default, or as otherwise provided by law or in this Lease Contract; and other sums due under this Lease Contract.

You'll be liable to us for: (1) charges for replacing all keys and access devices referenced in paragraph 5 (Keys) if you fail to return them on or before your actual move-out date; (2) all delinquent and future rent if you have violated paragraph 33 (Default by Resident); and (3) a reletting fee if you have violated paragraph 11 (Early Move-Out).

**51. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
**Deposit Return and Forwarding Address.** You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within the time provided by law to either the forwarding address if notice is provided, or if unknown, to the last known address.

**Surrender.** You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first.

**Abandonment.** You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out with the intention to give up all rights to occupy or use the apartment in our reasonable judgment; (2) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment that we are not responsible for paying for under paragraph 7 (Utilities) has been terminated; and (3) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13 - Contractual Lien and Property Left in Apartment), but do not affect our mitigation obligations (paragraph 33 - Default by Resident).

---

## Severability, Originals and Attachments, and Signatures

**52. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

**53. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

**54. DISCLOSURE NOTICE.** Name and address of the company or party authorized to manage the apartment community: _____
RangeWater Residential LLC, 5605 Glenridge
Dr., Ste 775, Atlanta, GA 30342
_____
_____

Name and address of the person or party authorized to receive notices or lawsuits: RangeWater Real Estate, 5605
Glenridge Dr., Ste 775, Atlanta, GA 30342
_____

Management's corporate name and license number as required by the rules of the Georgia Real Estate Commission (Ga. R. & Reg. 520-1-.10 are RangeWater Residential LLC
_____

(Corporate Name of Licensed Managing Agent) and 78177
_____

(GREC corporate license number of Managing Agent).

> You are legally bound by this document.
> Read it carefully before signing.

**Resident or Residents**     **Date Signed**
*(all sign below)*

_____   _____

_____   _____

_____   _____

_____   _____

**Owner or Owner's Representative**     **Date Signed**
*(signing on behalf of owner)*

_____   _____

© 2022, National Apartment Association, Inc. - 5/2022, Georgia

⁸ *Darius D Lindsey*    ⁵¹ *Diore'A Lindsey*    ⁹⁴ *John McHugh*

| Name, address and phone number of managing agent for the property for notice purposes. This person or entity is authorized to receive services of process and to manage the property. | Name and address of locator service *(if applicable)* |
|---|---|
| **RangeWater Residential**<br>**5605 Glenridge Dr., Ste 775**<br>**Atlanta, GA 30342**<br>**(404)214-5342** | |

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2)



Equal Housing Opportunity Provider

*9* *Darius D Lindsey*     *52* *Diore´ A Lindsey*     *95* *John McHugh*

## INVENTORY AND CONDITION FORM



**MOVE IN.** Before you take possession of the dwelling, we're providing you with this move-in condition form which is a comprehensive list of any existing damage to the premises. If you sign the move-in list as prepared by us without disputing its accuracy, the accuracy of the list shall be conclusive of the damages and conditions noted. By statute, if you refuse to sign the move-in list as prepared by us or you disagree with or dispute the accuracy of the list, you must either (1) sign and note on this form the item with which you disagree; or (2) refuse to sign our list and give us a signed, written notice of your objections or additions to the list with which you disagree, dissent, or dispute; and then return it to us before taking possession. If you fail to sign the list we prepared (either with or without the items with which you disagree) or you fail to provide us your own signed, written list of the items with which you disagree, you cannot recover your security deposit or any other damages to which you would have otherwise been entitled under OCGA 44-7-35. Unless damages or defects are noted below, the area of the premises is presumed to be in an undamaged, clean, safe, and good working condition. Blank spaces mean there are no damages.

**MOVE OUT.** Within 3 business days after the Lease Contract terminates and you vacate the premises or within 3 business days after you surrender and we accept back possession of the apartment - whichever occurs first - we'll inspect the apartment and provide you a comprehensive list of damage done during your occupancy (over and above normal wear) and the estimated dollar value of the damage. Upon your request within 5 business days after the Lease Contract terminates and you vacate the premises or *upon your request* within 5 business days after you surrender and we accept back possession of the apartment - whichever occurs first - you have the right to inspect the premises and inspect our list of damage and estimated dollar value of the damage within.

**If You Are Present at the Move-Out Inspection:**    If you *are* present at the move-out inspection and sign the move-out list as prepared by us without disputing its accuracy, then the accuracy of the list shall be conclusive of the damages and conditions noted.

By statute if you *are* present at the move-out inspection and *refuse* to sign the move-out list as prepared by us or you disagree with or dispute the accuracy of the list, you must either (1) sign and note on this form the items with which you disagree; (2) refuse to sign our list and give us a signed, written notice of the items (damages or their estimated amount) with which you disagree, dissent, or dispute, and return the list or notice to us.

If you *are* present at the move-out inspection and fail to sign the list we prepared (either with or without the items with which you disagree) or you fail to provide us your own signed, written list of the items with which you disagree, you cannot recover your security deposit or any other damages to which you would have otherwise been entitled under OCGA 44-7-35.

**If You Are Not Present at the Move-Out Inspection:**    If you are *not present at the move-out inspection* after vacating and *do not* request a copy of our move-out damage list you may still dispute the damages we assessed.

If you *do not inspect the premises after vacating* and do not request a copy of our move-out damage list you may still dispute the damages we assessed.

**DWELLING UNIT DESCRIPTION.**  Unit No. _____ **4109** _____ , **72 Milton Ave. #4109** _____
_____ (street address) in
_____ **Atlanta** _____ (city), Georgia, _____ **30315** _____ (zip code).
**LEASE CONTRACT DESCRIPTION.** Lease Contract date: _____ **September 2, 2022** _____
Owner's name: **CRP Pollack 72 Milton Owner LLC** _____
_____
_____

Residents *(list all residents)*:
**Diore' Lindsey, Darius Lindsey** _____
_____
_____
_____
_____

Resident's Name: **Diore' Lindsey** _____
Home Phone: (_____) _____    Work Phone: (_____) _____
Resident's Name: **Darius Lindsey** _____
Home Phone: (_____) _____    Work Phone: (_____) _____
Resident's Name: _____
Home Phone: (_____) _____    Work Phone: (_____) _____
Resident's Name: _____
Home Phone: (_____) _____    Work Phone: (_____) _____
Resident's Name: _____
Home Phone: (_____) _____    Work Phone: (_____) _____
Resident's Name: _____
Home Phone: (_____) _____    Work Phone: (_____) _____

| ☒ Move-In  or  ☐ Move-Out Condition *(Check one)* |
|---|

**Living Room**
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Lamps, Bulbs _____
Water Stains on Walls or Ceilings _____
Other _____

**Kitchen**
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Cabinets, Drawers, Handles _____
Countertops _____
Stove/Oven, Trays, Pans, Shelves _____
Vent Hood _____
Refrigerator, Trays, Shelves _____
Refrigerator Light, Crisper _____
Dishwasher, Dispensers, Racks _____

© 2016, National Apartment Association, Inc. - 11/2016, Georgia

¹⁰ *Darius D Lindsey*    ⁵³ *Diore' A Lindsey*    ⁹⁶ *John McHugh*

Sink/Disposal _____
Microwave _____
Plumbing Leaks or Water Stains on Walls or Ceilings _____
_____
Other _____

**General Items**
Thermostat _____
Cable TV or Master Antenna _____
A/C Filter _____
Washer/Dryer _____
Garage Door _____
Ceiling Fans _____
Exterior Doors, Screens/Screen Doors, Doorbell _____
_____
Fireplace _____
Other _____

**Dining Room**
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Halls**
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Exterior** *(if applicable)*
Patio/Yard _____
Fences/Gates _____
Faucets _____
Balconies _____
Other _____

**Bedroom** *(describe which one):* _____
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Bedroom** *(describe which one):* _____
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____

Floor/Carpet _____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Bath** *(describe which one):* _____
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Exhaust Fan/Heater _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Sink, Faucet, Handles, Stopper _____
Countertops _____
Mirror _____
Cabinets, Drawers, Handles _____
Toilet, Paper Holder _____
Bathtub, Enclosure, Stopper _____
Shower, Doors, Rods _____
Tile _____
Plumbing Leaks or Water Stains on Walls or Ceilings _____
_____
Other _____

**Half Bath**
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Exhaust Fan/Heater _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Sink, Faucet, Handles, Stopper _____
Countertops _____
Mirror _____
Cabinets, Drawers, Handles _____
Toilet, Paper Holder _____
Tile _____
Plumbing Leaks or Water Stains on Walls or Ceilings _____
_____
Other _____

**Bedroom** *(describe which one):* _____
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____
_____
Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Water Stains on Walls or Ceilings _____
Other _____

**Bath** *(describe which one):* _____
Walls _____
_____
Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____

*Darius D Lindsey*    *Dioré A Lindsey*    *John McHugh*

| | |
|---|---|
| Ceiling _____ | **Safety-Related Items** *(Put "none" if item does not exist)* |
| Light Fixtures, Bulbs _____ | Door Knob Locks _____ |
| Exhaust Fan/Heater _____ | Keyed Deadbolt Locks _____ |
| Floor/Carpet _____ | Keyless Deadbolts _____ |
| | Keyless Bolting Devices _____ |
| Doors, Stops, Locks _____ | Sliding Door Latches _____ |
| Windows, Latches, Screens _____ | Sliding Door Security Bars _____ |
| Window Coverings _____ | Sliding Door Pin Locks _____ |
| Sink, Faucet, Handles, Stopper _____ | Doorviewers _____ |
| Countertops _____ | Window Latches _____ |
| Mirror _____ | Porch and Patio Lights _____ |
| Cabinets, Drawers, Handles _____ | Smoke Detectors (push button to test) _____ |
| Toilet, Paper Holder _____ | Alarm System _____ |
| Bathtub, Enclosure, Stopper _____ | Fire Extinguishers (look at charge level BUT DON'T TEST!) _____ |
| Shower, Doors, Rods _____ | |
| Tile _____ | Garage Door Opener _____ |
| Plumbing Leaks or Water Stains on Walls or Ceilings _____ | Gate Access Card(s) _____ |
| | Other _____ |
| Other _____ | _____ |
| | _____ |

**Date of Move-In:** 09/02/2022 _____

*or*

**Date of Move-Out:** 09/01/2023 _____

**SPECIAL PROVISIONS.**  The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Acknowledgment.** You acknowledge that you have inspected and tested all of the safety-related items (if in the dwelling) and that they are working, except as noted above. All items will be assumed to be in good condition unless otherwise noted on this form. You acknowledge receiving written operating instructions on the alarm system and gate access entry systems (if there are any). You acknowledge testing the smoke detector(s) and verify that they are operating correctly. You acknowledge that you and management have inspected the dwelling unit and that no signs of bedbugs or other pests are present. This unit is in a decent, safe and sanitary condition.

*In signing below, you accept this inventory as part of the Lease Contract and agree that it accurately reflects the condition of the premises for purposes of determining any refund due to you when you move out.*

**Resident or Resident's Agent:** _____    **Date of Signing** _____

**Owner or Owner's Representative:** _____    **Date of Signing** _____

*12* *Darius D Lindsey*    *55* *Diore' A Lindsey*    *98* *John McHugh*

## UTILITY AND SERVICES ADDENDUM



This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated _____ **September 2, 2022** _____ between **CRP Pollack 72 Milton Owner LLC**

("We" and/or "we" and/or "us") and **Diore' Lindsey, Darius Lindsey**

("You" and/or "you") of Apt. No. _____ **4109** _____ located at **72 Milton Ave. #4109**

(street address) in **Atlanta, GA 30315**
and is in addition to all terms and conditions in the Lease. This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.

a) **Water** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: **1**
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☒ 3rd party billing company if applicable **Conservice**

b) **Sewer** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☒ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: **1**
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☒ 3rd party billing company if applicable **Conservice**

c) **Gas** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

d) **Trash** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☒ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: **4**
      - ☒ If flat rate is selected, the current flat rate is $ **30.00** per month.
      - ☒ 3rd party billing company if applicable **-**

e) **Electric** service to your dwelling will be paid by you either:
   - ☒ directly to the utility service provider; or
   - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

f) **Stormwater** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

g) **Cable TV** service to your dwelling will be paid by you either:
   - ☒ directly to the utility service provider; or
   - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

h) **Master Antenna** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

i) **Internet** service to your dwelling will be paid by you either:
   - ☒ directly to the utility service provider; or
   - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      - ☐ 3rd party billing company if applicable _____

j) **Pest Control** service to your dwelling will be paid by you either:
   - ☐ directly to the utility service provider; or
   - ☒ pest control bills will be billed by the service provider to us and then allocated to you based on the following formula: **4**
      - ☒ If flat rate is selected, the current flat rate is $ **3.00** per month.
      - ☒ 3rd party billing company if applicable **-**

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*13 Darius D Lindsey*    *56 Diore' A Lindsey*    *99 John McHugh*

k) (Other) _____ service to your dwelling will be paid by you either:
- ❑ directly to the utility service provider; or
- ❑ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
  - ❑ 3rd party billing company if applicable _____

l) (Other) _____ service to your dwelling will be paid by you either:
- ❑ directly to the utility service provider; or
- ❑ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
  - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
  - ❑ 3rd party billing company if applicable _____

METERING/ALLOCATION METHOD KEY
"1"  - Sub-metering of all of your water/gas/electric use
"2"  - Calculation of your total water use based on sub-metering of hot water
"3"  - Calculation of your total water use based on sub-metering of cold water
"4"  - Flat rate per month
"5"  - Allocation based on the number of persons residing in your dwelling unit
"6"  - Allocation based on the number of persons residing in your dwelling unit using a ratio occupancy formula
"7"  - Allocation based on square footage of your dwelling unit
"8"  - Allocation based on a combination of square footage of your dwelling unit and the number of persons residing in your
       dwelling unit
"9"  - Allocation based on the number of bedrooms in your dwelling unit
"10" - Allocation based on a lawful formula not listed here
       (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. Allocation formulas are used when the apartment has no sub-meter. The formula may be based on factors such as, the interior square footage of the apartment, number of bedrooms, number of occupants, number of bathrooms, presence of washing machine, and average water usage for that floor plan. The allocation is an estimate of usage by the resident. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within __10__ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| New Account Fee: | $ __30.00__ | (not to exceed $ __30.00__ ) |
| Monthly Administrative Billing Fee: | $ __6.00__ | (not to exceed $ __6.00__ ) |
| Late Fee: | $ __25.00__ | (not to exceed $ __0.00__ ) |
| Final Bill Fee: | $ __15.00__ | (not to exceed $ __15.00__ ) |

If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $ __75.00__.

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the dwelling due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Utility Addendum and at law.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

10. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

¹⁴ *Darius D Lindsey*    ⁵⁷ *Diore' A Lindsey*    ¹⁰⁰ *John McHugh*

**11.** This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

**12.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.

Resident Signature _____    Date _____

Resident Signature _____    Date _____

Resident Signature _____    Date _____

Resident Signature _____    Date _____

Resident Signature _____    Date _____

Resident Signature _____    Date _____

Management _____    Date _____

<sup>15</sup> *Darius D Lindsey*      <sup>58</sup> *Diore' A Lindsey*      <sup>101</sup> *John McHugh*

**BED BUG ADDENDUM**

Date: _____September 2, 2022_____
(when this Addendum is filled out)

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the presence of bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

**1. DWELLING UNIT DESCRIPTION.**
Unit No. ____4109____, 72 Milton Ave.
#4109
_____ (street address) in
_____Atlanta_____
(city), Georgia, ____30315____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: September 2, 2022
Owner's name: CRP Pollack 72 Milton Owner LLC
_____
_____
_____
_____

Residents (list all residents):

Diore' Lindsey, Darius Lindsey
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE.** This Addendum modifies the Lease Contract and addresses situations related to bed bugs (cimex lectularius) which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum.

**4. INSPECTION AND INFESTATIONS.** BY SIGNING THIS ADDENDUM, YOU REPRESENT THAT:

• YOU HAVE INSPECTED THE DWELLING PRIOR TO MOVING IN, OR PRIOR TO SIGNING THIS ADDENDUM, AND YOU DID NOT FIND ANY EVIDENCE OF BED BUGS OR A BED BUG INFESTATION;

OR

• YOU WILL INSPECT THE DWELLING WITHIN 48 HOURS AFTER MOVING IN, OR WITHIN 48 HOURS AFTER SIGNING THIS ADDENDUM AND WILL NOTIFY US OF ANY BED BUGS OR BED BUG INFESTATIONS.

You agree that you have read the information provided in this Addendum and that you are not aware of any infestation or presence of bed bugs in your current or previous dwellings, furniture, clothing, personal property, or possessions. You also acknowledge that you have fully disclosed to us any previous bed bug infestations or bed bug issues that you have experienced.

If you disclose to us a previous experience with bed bug infestations or other bed bug related issues, we can review documentation of the previous treatment(s) and inspect your personal property and possession to confirm the absence of bed bugs.

**5. ACCESS FOR INSPECTION AND PEST TREATMENT.** You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation even if those dwellings are not the source or cause of the known infestation. Unless otherwise prohibited by law, you are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed bug infestation on your own.

**6. NOTIFICATION.** You must promptly notify us:
• of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture or personal property.
• of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the dwelling.
• if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

**7. COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

**8. RESPONSIBILITIES.** You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your dwelling, you may be responsible for the cost of cleaning and pest control treatments. If we must move other residents in order to treat adjoining or neighboring dwellings to your dwelling unit, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring residents and to clean and perform pest control treatments to eradicate infestations in other dwellings. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the dwelling. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

© 2020, National Apartment Association, Inc. - 2/2020, Georgia

Page 1 of 3

<sup>16</sup> *Darius D Lindsey*    <sup>59</sup> *Diore' A Lindsey*    <sup>102</sup> *John McHugh*

9. **TRANSFERS.** If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

10. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____

**You are legally bound by this document. Please read it carefully.**

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(Signs below)*

_____

_____

**Date of Signing Addendum**

_____

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*

*17* *Darius D Lindsey*   *60* *Diore' A Lindsey*   *103* *John McHugh*

## BED BUGS — A Guide for Rental Housing Residents

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

### Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

### Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

### Identifying bed bugs

*Bed bugs can often be found in, around and between:*

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors

- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.
- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

### Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

### Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.

© 2020, National Apartment Association, Inc. - 2/2020, Georgia

*18 Darius D Lindsey*    *61 Diore' A Lindsey*    *104 John McHugh*

## MOLD INFORMATION AND PREVENTION ADDENDUM



> *Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____**4109**_____, **72 Milton Ave.**
**#4109** _____
_____ *(street address)* in
_____**Atlanta**_____
*(city),* Georgia, ____**30315**_____ *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____
_____

Residents *(list all residents)*:

**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ABOUT MOLD.** Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

**4. PREVENTING MOLD BEGINS WITH YOU.** In order to minimize the potential for mold growth in your dwelling, you must do the following:

- Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen before you start showering or

cooking with open pots. When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.

- Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.

- Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

**5. IN ORDER TO AVOID MOLD GROWTH,** it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;

- overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

- washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

- leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

- insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

**6. IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON** *NON-POROUS* SURFACES (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. **Be sure to follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

¹⁹ *Darius D Lindsey*      ⁶² *Diore' A Lindsey*      ¹⁰⁵ *John McHugh*

used to help remove non-visible mold products from porous items, such as fibers in sofas, chairs, drapes and carpets— provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. **DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on *porous surfaces*, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. **COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs here)*

_____

**Date of Lease Contract**

September 2, 2022
_____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*20* *Darius D Lindsey*   *63* *Diore' A Lindsey*   *106* *John McHugh*

## LEASE CONTRACT BUY-OUT AGREEMENT



**1. DWELLING UNIT DESCRIPTION.**
Unit No. **4109** , **72 Milton Ave.**
**#4109**
_____ *(street address)* in
**Atlanta**
*(city)*, Georgia, **30315** *(zip code).*

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____

Residents *(list all residents):*
**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____

**3.** The purpose of this Buy-Out Agreement is to give you the right to buy out of your Lease Contract early—subject to any special provisions in paragraph 9 below. In order to buy out early, your notice must be signed by all residents listed in paragraph 1 of the Lease Contract and you must comply with all provisions of this Buy-Out Agreement.

**4. BUY-OUT PROCEDURES.** You may buy out of the Lease Contract prior to the end of the lease term and cut off all liability for paying rent for the remainder of the lease term *if all of the following occur:*

(a) you give us written notice of buy-out at least ____**60**____ days prior to the new termination date (i.e., your new move-out date), which *(check one)* ☐ must be the last day of a month or ☒ may be during a month;

(b) you specify the new termination date in the notice, i.e., the date by which you'll move out;

(c) you are not in default under the Lease Contract on the date you give us the notice of buy-out;

(d) you are not in default under the Lease Contract on the new termination date (move-out date);

(e) you move out on or before the new termination date and do not hold over;

(f) you pay us a buy-out fee (consideration) of $ **1350.00** ;

(g) you pay us the amount of any concessions you received when signing the Lease Contract; and

(h) you comply with any special provisions in paragraph 9 below.

**5. WHEN PAYABLE.** The buy-out fee in paragraph 4(f) is due and payable no later than ____**60**____ days after you give us your buy-out notice. The total dollar amount of any concessions regarding rent or other monetary lease obligations for the

entire lease term is $____**0.00**____ and is due payable on the same day as the buy-out fee, subject to any special provisions in paragraph 9 regarding the amount, calculation method, or payment date.

**6. SHOWING UNIT TO PROSPECTIVE RESIDENTS.** After you give us notice of buy-out, the Lease Contract gives us the right to begin showing your unit to prospective residents and telling them it will be available immediately after your new termination date.

**7. COMPLIANCE ESSENTIAL.** Our deposit of all amounts due under paragraphs 4(f) and 4(g) constitutes our approval of the new termination date stated in your notice of buy-out. If you fail to comply with any of the procedures or requirements in this agreement after we deposit such monies, your buy-out right and this agreement will be voided automatically; and (1) any amounts you have paid under this agreement will become part of your security deposit, and (2) the lease will continue without buy-out. Then, if you move out early, you are subject to all lease remedies, including reletting fees and liability for all rents for the remainder of the original lease term.

**8. MISCELLANEOUS.** If moving out by the new termination date becomes a problem for you, contact us. An extension may be possible if we have not already relet the dwelling unit to a successor resident. We and any successor residents who may be leasing your unit will be relying on your moving out on or before the new termination date. Therefore, you may not hold over beyond such date without our written consent—even if it means you have to make plans for temporary lodging elsewhere. "Default" as used in paragraphs 4(c) and 4(d) of this agreement means default as defined in the Lease Contract. You will continue to be liable for any damages and any sums accruing and unpaid prior to the new termination date.

**9. SPECIAL PROVISIONS.** Your right of buy-out *(check one)* ☐ is or ☒ is not limited to a particular fact situation. If limited, buy-out may be exercised only if the following facts (see below) occur and any described documents are furnished to us. Any special provisions below will supersede any conflicting provision of this printed agreement. Any false statements or documents presented to us regarding your right of buy-out will automatically void your right to buy-out of the Lease Contract. The special provisions are:

**Resident agrees to abandon, waive, and release a claim to the return of any security deposit, which shall become Managements. If Resident elects to exercise his or her right to Early Termination, Resident is not entitled to a refund of any rent, notice or termination fees, or security deposit, even if the apartment is re-let to a new Resident prior to the end of the notice period.**

_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs below)*

_____

**Date of Lease Contract**

**September 2, 2022**

© 2018, National Apartment Association, Inc - 11/2018, Georgia


*21* *Darius D Lindsey*   *64* *Diore' A Lindsey*   *107* *John McHugh*

## LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA



Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased dwelling, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **DWELLING UNIT DESCRIPTION.**
Unit No. _____**4109**_____, **72 Milton Ave.**
**#4109**_____
_____ *(street address)* in
_____**Atlanta**_____
*(city)*, Georgia, _____**30315**_____ *(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____
_____

Residents *(list all residents):*

**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

3. **NUMBER AND SIZE.** You may install ____**0**____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

4. **LOCATION.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

5. **SAFETY AND NON-INTERFERENCE.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

6. **SIGNAL TRANSMISSION FROM EXTERIOR DISH OR ANTENNA TO INTERIOR OF DWELLING.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

7. **SAFETY IN INSTALLATION.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

8. **MAINTENANCE.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

9. **REMOVAL AND DAMAGES.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

10. **LIABILITY INSURANCE.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $____**25000.00**____, which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

11. **SECURITY DEPOSIT.** An additional security deposit of $_____ will be charged. We *(check one)* ☒ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ☐ does or ☒ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

© 2019, National Apartment Association, Inc - 6/2019, Georgia

22 *Darius D Lindsey*     65 *Diore' A Lindsey*     108 *John McHugh*

This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails,screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

**12. WHEN YOU MAY BEGIN INSTALLATION.**   You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 11; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

**13. MISCELLANEOUS.**   If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

**14. SPECIAL PROVISIONS.**   The following special provisions control over conflicting provisions of this printed form:

Satellite dishes are strictly prohibited.

Resident or Residents
*(All residents must sign here)*

Owner or Owner's Representative
*(Signs here)*

Date of Lease Contract

September 2, 2022

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*23* *Darius D Lindsey*      *66* *Diore' A Lindsey*      *109* *John McHugh*

## COMMUNITY POLICIES, RULES AND REGULATIONS
## ADDENDUM



*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

*Property Owner:*  CRP Pollack 72 Milton Owner LLC

*Resident(s):*  Diore' Lindsey, Darius Lindsey

*Unit No./Address:*  #4109, 72 Milton Ave. #4109, Atlanta, GA 30315

*Lease Date:*  09/02/2022

**I.     GENERAL CONDITIONS FOR USE OF DWELLING PROPERTY AND RECREATIONAL FACILITIES.**

Resident(s) permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Dwelling Community is a privilege and license granted by Owner, and not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

**II.     POOL.**  This Community ☒ **DOES;** ☐ **DOES NOT** have a pool. When using the pool, Resident(s) agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
- All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
- For their safety, Residents should not swim alone.
- Pool hours are posted at the pool.
- No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
- Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
- No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
- Resident(s) must accompany their guests.
- Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

### IN CASE OF EMERGENCY DIAL 911

**III.     FITNESS CENTER.**  This Community ☒ **DOES;** ☐ **DOES NOT** have a fitness center. When using the fitness center, Resident agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
- The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
- Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
- Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
- Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
- Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Fitness Center.
- Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
- Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued:   (1) _____   (3) _____   (5) _____
                 (2) _____   (4) _____   (6) _____

²⁴ *Darius D Lindsey*      ⁶⁷ *Diore' A Lindsey*      ¹¹⁰ *John McHugh*

**IV.   PACKAGE RELEASE.**  This Community ☒ **DOES;** ☐ **DOES NOT** accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*
Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

**V.   BUSINESS CENTER.**  This Community ☐ **DOES;** ☒ **DOES NOT** have a business center.
Resident(s) agrees to use the business center at Resident(s) sole risk and according to the Rules and Regulations posted in the business center and Management policies. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) will be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____15_____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center.

**VI.   AUTOMOBILES/BOATS/RECREATIONAL VEHICLES.**  The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:
- Only _____1_____ vehicle per licensed Resident is allowed.
- All vehicles must be registered at the Management office.
- Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a _____24_____ hour notice is placed on the vehicle.
- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.
- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII.   FIRE HAZARDS.**  In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:
- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of _____25_____ feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:**  Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in dwellings, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII.   EXTERMINATING.**  Unless prohibited by statute or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' dwelling several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Dwelling, and give Resident instructions for the preparation of the Dwelling and safe contact with insecticides. Residents will be responsible to prepare the Dwelling for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treatment date Owner will prepare Residents' dwelling and charge Residents accordingly. Residents must request extermination treatments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**
- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the dwelling.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:
- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

<u>**RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO
EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO
EXTERMINATION AND THE USE OF INSECTICIDES**</u>

**IX.   DRAPES AND SHADES.**  Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X.   WATER BEDS.**  Resident shall not have water beds or other water furniture in the dwelling without prior written permission of Owner.

²⁵ *Darius D Lindsey*      ⁶⁸ *Diore´ A Lindsey*      ¹¹¹ *John McHugh*

**XI.**  **BALCONY or PATIO.**  Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on railings or other portions of balconies or patios. No misuse of the space is permitted, including but not limited to, throwing, spilling or pouring liquids or other items, whether intentionally or negligently, over the balconies or patios.

**XII.**  **SIGNS.**  Resident shall not display any signs, exterior lights or markings on dwelling. No awnings or other projections shall be attached to the outside of the building of which dwelling is a part.

**XIII.**  **SATELLITE DISHES/ANTENNAS.**  You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV.**  **WAIVER/SEVERABILITY CLAUSE.**  No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Lease Contract or any other addenda to the Lease Contract.

**XV.**  **SPECIAL PROVISIONS.**  The following special provisions control over conflicting provisions of this printed form:

I have read, understand and agree to comply with the preceding provisions.

| | | | |
|---|---|---|---|
| Resident | Date | Resident | Date |
| Resident | Date | Resident | Date |
| Resident | Date | Resident | Date |
| Owner Representative | | Date | |

26  *Darius D Lindsey*      69  *Diore' A Lindsey*      112  *John McHugh*

## SURETY BOND ADDENDUM
*Becomes part of Lease Contract*



Date: **September 2, 2022**
(when this Addendum is filled out)

This Addendum constitutes an Addendum to the Lease Contract, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

We require that you provide us with a security deposit to protect us from any damage or other losses that may occur during the time you lease the dwelling. You may choose to reduce or eliminate the security deposit by purchasing a surety bond from another company. If you purchase a surety bond, the bond will be available to us for recovery of any damage or other loss. Also, if you choose the surety bond, the agreement between you and the surety company will not be part of this lease agreement.

THE MONEY YOU PAY THE SURETY COMPANY IS NOT A SECURITY DEPOSIT AND IS NOT REFUNDABLE. FURTHERMORE, EVEN IF WE MAKE NO CLAIM AGAINST THE SURETY BOND, YOU WILL NOT BE ENTITLED TO ANY REFUND OF THE SURETY BOND PREMIUM AT THE END OF THE LEASE TERM.

If you purchase a surety bond, you will have obligations to the surety that are separate and independent from the duties you have to us under this Lease Contract. YOU WILL NOT BE RELEASED FROM YOUR OBLIGATIONS TO US, EXCEPT TO THE EXTENT THAT WE RECEIVE PAYMENTS FROM THE SURETY WHICH SATISFY YOUR OBLIGATIONS TO US. Specifically, if the surety does not pay the total amount of damage or other loss that we experience (including legal fees), you will be required to pay us for the remaining amount.

| **Resident or Residents** | **Owner or Owner's Representative** |
|---|---|
| *(All residents must sign here)* | *(Signs here)* |
| | |
| | |
| | **Date of Lease Contract** |
| | |
| | **September 2, 2022** |
| | |

© 2020, National Apartment Association, Inc. - 8/2020, Georgia 

*27* Darius D Lindsey   *70* Diore'A Lindsey   *113* John McHugh

**LEASE ADDENDUM**
**LIABILITY INSURANCE REQUIRED OF RESIDENT**



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____4109_____, _72 Milton Ave._
_#4109_
_____ (street address) in
_____Atlanta_____
(city), Georgia, ___30315___ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: _September 2, 2022_
Owner's name: _CRP Pollack 72 Milton Owner LLC_
_____
_____
_____

Residents (list all residents):
_Diore' Lindsey, Darius Lindsey_
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ACKNOWLEDGMENT CONCERNING INSURANCE OR DAMAGE WAIVER.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) or the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires you to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ _100000.00_ per occurrence. You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods a policy of personal liability insurance satisfying the requirements listed below, at your sole expense.

**4. REQUIRED POLICY.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third parties (including damage to our property), in a minimum policy coverage amount of $ _100000.00_, from a carrier with an AM Best rating of

A-VII or better, licensed to do business in Georgia. The carrier is required to provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

**5. We may provide you with information of an insurance program that we make available to residents, which provides you with an opportunity to buy renter's insurance from a preferred company. However, you are free to contract for the required insurance with a provider of your choosing.**

**6. SUBROGATION ALLOWED.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract.

**7. YOUR INSURANCE COVERAGE.** You have purchased the required personal liability insurance from the insurance company of your choosing listed below that is licensed to do business in this state, and have provided us with written proof of this insurance prior to the execution and commencement of the Lease Contract. You will provide additional proof of insurance in the future at our request.

Insurance Company: _____

**8. DEFAULT.** Any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law.

**9. MISCELLANEOUS.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

**10. SPECIAL PROVISIONS.**
_The property must be listed as an_
_interested party on the insurance policy._
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**I have read, understand and agree to comply with the preceding provisions.**

| Resident or Residents | Owner or Owner's Representative |
|---|---|
| (All residents must sign here) | (Signs here) |

_____      _____

_____
_____      **Date of Lease Contract**

_____      _September 2, 2022_

_____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

<sup>28</sup> _Darius D Lindsey_    <sup>71</sup> _Diore' A Lindsey_    <sup>114</sup> _John McHugh_

**LEASE ADDENDUM
FOR REMOTE CONTROL, CARD, OR CODE ACCESS GATE**



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____4109_____, _72 Milton Ave._
_#4109_
_____ (street address) in
_____Atlanta_____
(city), Georgia, ____30315____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: _September 2, 2022_
Owner's name: _CRP Pollack 72 Milton Owner LLC_
_____
_____
_____

Residents (list all residents):
_Diore' Lindsey, Darius Lindsey_
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above
described Lease Contract for the above described premises,
and is hereby incorporated into and made a part of such Lease
Contract. Where the terms or conditions found in this
Addendum vary or contradict any terms or conditions found
in the Lease Contract, this Addendum shall control.

**3. REMOTE CONTROL/CARDS/CODE FOR GATE ACCESS.**
❑ **Remote control for gate access.** Each person who is
listed as a resident on the lease will be given a remote
control at no cost to use during his or her residency. Each
additional remote control for you or other occupants will
require a $ _____ non-refundable fee.

❑ **Cards for gate access.** Each person who is listed as a
resident on the lease will be given a card at no cost to
use during his or her residency. Each additional card for
you or other occupants will require a $ _____
non-refundable fee.

❑ **Code for gate access.** Each resident will be given, at no
cost, an access code (keypad number) for the pedestrian
or vehicular access gates. It is to be used only during your
residency. We may change the access code at any time
and will notify you of any such changes.

**4. DAMAGED, LOST OR UNRETURNED REMOTE CONTROLS,
CARDS OR CODE CHANGES.**
❑ If a remote control is lost, stolen or damaged, a
$ _____ fee will be charged for a replacement. If
a remote control is not returned or is returned damaged
when you move out, there will be a $ _____
deduction from the security deposit.

❑ If a card is lost, stolen or damaged, a $ _____ fee
will be charged for a replacement card. If a card is not
returned or is returned damaged when you move out,
there will be a $ _____ deduction from the
security deposit.

❑ We may change the code(s) at any time and notify you
accordingly.

**5. REPORT DAMAGE OR MALFUNCTIONS.** Please immediately
report to the office any malfunction or damage to gates,
fencing, locks or related equipment.

**6. FOLLOW WRITTEN INSTRUCTIONS.** We ask that you and
all other occupants read the written instructions that have
been furnished to you regarding the access gates. This is
important because if the gates are damaged by you or other
occupants, guests or invitees through negligence or misuse,
you are liable for the damages under your lease, and collection
of damage amounts will be pursued.

**7. PERSONAL INJURY AND/OR PERSONAL PROPERTY
DAMAGE.** Except as specifically required by law, we have
no duty to maintain the gates and cannot guaranty against
gate malfunctions. We make no representations or guarantees
to you concerning security of the community. Any measures,
devices, or activities taken by us are solely for the benefit of
us and for the protection of our property and interests, and
any benefit to you of the same is purely incidental. Anything
mechanical or electronic is subject to malfunction. Fencing,
gates or other devices will not prevent all crime. No security
system or device is foolproof or 100 percent successful in
deterring crime. Crime can still occur. Protecting residents,
their families, occupants, guests and invitees from crime is
the sole responsibility of residents, occupants and law
enforcement agencies. You should first call 911 or other
appropriate emergency police numbers if a crime occurs or
is suspected. We are not liable to any resident, family member,
guest, occupant or invitee for personal injury, death or
damage/loss of personal property from incidents related to
perimeter fencing, automobile access gates and/or pedestrian
access gates. We reserve the right to modify or eliminate
security systems other than those statutorily required. You
will be held responsible for the actions of any persons to whom
you provide access to the community.

**8. RULES IN USING VEHICLE GATES.**
- Always approach entry and exit gates with caution and at
a very slow rate of speed.

- Never stop your car where the gate can hit your vehicle as
the gate opens or closes.

- Never follow another vehicle into an open gate. Always use
your card to gain entry.

- Report to management the vehicle license plate number of
any vehicle that piggybacks through the gate.

- Never force the gate open with your car.

- Never get out of your vehicle while the gates are opening
or closing.

- If you are using the gates with a boat or trailer, please contact
management for assistance. The length and width of the
trailer may cause recognition problems with the safety loop
detector and could cause damage.

- Do not operate the gate if there are small children nearby
who might get caught in it as it opens or closes.

- If you lose your card, please contact the management office
immediately.

- Do not give your card or code to anyone else.

- Do not tamper with gate or allow your occupants to tamper
or play with gates.

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*29 Darius D Lindsey*    *72 Diore' A Lindsey*    *115 John McHugh*

9. **SPECIAL PROVISIONS.**   The following special provisions
control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Resident or Residents** | **Owner or Owner's Representative** |
|---|---|
| *(All residents must sign here)* | *(signs here)* |

_____            _____
_____
_____            **Date of Lease Contract**
_____
_____            **September 2, 2022**
_____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia



*₃₀ Darius D Lindsey*   *⁷³ Diore A Lindsey*   *¹¹⁶ John McHugh*

## NO-SMOKING ADDENDUM



Date: __September 2, 2022__
(when this Addendum is filled out)

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the apartment community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

**1. DWELLING UNIT DESCRIPTION.**
Unit No. ____4109____ , 72 Milton Ave,
#4109
_____ (street address) in
_____Atlanta_____
(city), Georgia, ____30315____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: September 2, 2022
Owner's name: CRP Pollack 72 Milton Owner LLC
_____
_____
_____

Residents *(list all residents)*:

Diore' Lindsey, Darius Lindsey
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. DEFINITION OF SMOKING.** Smoking refers to any use or possession of a cigar, cigarette, e-cigarette, hookah, vaporizer, or pipe containing tobacco or a tobacco product while that tobacco or tobacco product is burning, lighted, vaporized, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to any form, compound, or synthesis of the plant of the genus Nicotiana or the species N. tabacum which is cultivated for its leaves to be used in cigarettes, cigars, e-cigarettes, hookahs, vaporizers, or pipes. Smoking also refers to use or possession of burning, lighted, vaporized, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

**4. SMOKING ANYWHERE INSIDE BUILDINGS OF THE APARTMENT COMMUNITY IS STRICTLY PROHIBITED.** All forms and use of burning, lighted, vaporized, or ignited tobacco products and smoking of tobacco products inside any dwelling, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this Addendum and the Lease Contract.

The prohibition on use of any burning, lighted, vaporized, or ignited tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, dwellings, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds.

Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents inside any dwelling or building is also prohibited by this Addendum and other provisions of the Lease Contract.

**5. SMOKING OUTSIDE BUILDINGS OF THE APARTMENT COMMUNITY.** Smoking is permitted only in specially designated areas outside the buildings of the apartment community. Smoking must be at least _____ feet from the buildings in the apartment community, including administrative office buildings. If the previous field is not completed, smoking is only permitted at least 25 feet from the buildings in the apartment community, including administrative office buildings. The smoking-permissible areas are marked by signage.

Smoking on balconies, patios, and limited common areas attached to or outside of your dwelling ☐ is ☒ is not permitted.

The following outside areas of the community may be used for smoking: _____
_____
_____
_____

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the dwellings or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

**6. YOUR RESPONSIBILITY FOR DAMAGES AND CLEANING.** You are responsible for payment of all costs and damages to your dwelling, other residents' dwellings, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this Addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the dwelling or building is in excess of normal wear and tear in our smoke free apartment community.

**7. YOUR RESPONSIBILITY FOR LOSS OF RENTAL INCOME AND ECONOMIC DAMAGES REGARDING OTHER RESIDENTS.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwellings, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

**8. LEASE CONTRACT TERMINATION FOR VIOLATION OF THIS ADDENDUM.** We have the right to terminate your Lease Contract or right of occupancy of the dwelling for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the dwelling is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the dwelling.

© 2019, National Apartment Association, Inc. · 6/2019, Georgia

³¹ *Darius D Lindsey*    ⁷⁴ *Diore' A Lindsey*    ¹¹⁷ *John McHugh*

**9. EXTENT OF YOUR LIABILITY FOR LOSSES DUE TO SMOKING.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

**10. YOUR RESPONSIBILITY FOR CONDUCT OF OCCUPANTS, FAMILY MEMBERS, AND GUESTS.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this Addendum by your occupants, family, guests, and invitees.

**11. THERE IS NO WARRANTY OF A SMOKE FREE ENVIRONMENT.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your dwelling or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this Addendum you are agreeing to follow our no-smoking policy and you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the dwelling. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this Addendum.

**12. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs here)*

_____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia



*32* Darius D Lindsey    *75* Diore' A Lindsey    *118* John McHugh

### RESIDENT PARKING ADDENDUM



Date: _____**September 2, 2022**_____
(when this Addendum is filled out)

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____**4109**_____, **72 Milton Ave.**
**#4109**
_____ *(street address)* in
_____**Atlanta**_____
*(city)*, Georgia, _____**30315**_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____

Residents *(list all residents)*:

**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

The term of this Parking Addendum is as follows: Begins on _____**September 2nd**_____, **2022** and ending on _____**September 1st**_____, **2023**.

**RESIDENT AND OWNER AGREE AS FOLLOWS:**

3. You agree to properly register all vehicles with management. If you get a new or replacement vehicle you must notify us and complete a revised agreement.

4. If you are provided with a parking tag or sticker it must be properly installed and displayed.

5. Unless your vehicle(s) has been assigned a specific space(s) you may park in any available space(s) in the parking areas, with the exception of spaces reserved for a particular use or any marked handicap space, unless you possess a government issued handicap decal or similar signage.

6. If you are assigned a specific parking space(s) we shall assign you the space(s) and retain the right to change assigned space(s) at our sole discretion.

7. You understand and accept that we have the right at any time, without notice, to tow unauthorized or non-registered vehicles from any parking space on the property.

8. You agree to use parking spaces in accord with the terms of the Lease and Community Rules.

9. Any vehicles which are improperly parked or are in violation of this addendum, the terms of the Lease or Community Rules will be towed at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

10. You understand that we will not be held liable for any damage or theft that may occur while your vehicle(s) is parked on any part of the property. Upon signing this agreement you knowingly accept the risk of parking any vehicle(s) on the property.

11. Any action by you, any occupant, guest, or visitor that violates this addendum shall constitute a violation of the Lease Contract.

12. You understand and agree that any judgment of possession entered against you shall be a judgment for possession of any parking spaces which you are entitled to under this addendum. Once such judgment is rendered and executed upon you, you shall immediately remove all vehicles from the property parking areas. If you fail to remove your vehicle(s), we shall tow the vehicle(s) at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

**COST FOR PARKING**

Resident agrees to pay a onetime fee of $ _____**0**_____ per vehicle on or before the _____ day of _____. _____. In alternative resident agrees to pay $ _____ monthly per vehicle due on or before the _____ day of the month. If no amount is filled in parking shall be free for properly registered and authorized vehicles.

Resident understands and accepts that all parking rights and privileges will be revoked in the case that Resident is _____ days delinquent in paying the required parking fee.

Resident agrees to pay $ _____**75**_____ NSF fee for all checks returned for non-sufficient funds.

**VEHICLE INFORMATION:**

**Vehicle 1**
Make: **Chev**
Model & Year: **Cruze 2013**
State: **GA**
License Plate: **RZX6118**
Permit Number: _____
Phone Number: **(804) 615-3769**
Parking Space: _____

**Vehicle 2**
Make: **Ford**
Model & Year: **Fusion 2013**
State: **VA**
License Plate: **Usj1058**
Permit Number: _____
Phone Number: **(804) 426-6032**
Parking Space: _____

**Vehicle 3**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*33* *Darius D Lindsey*    *76* *Diore' A Lindsey*    *119* *John McHugh*

**13. SPECIAL PROVISIONS.**

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(Signs below)*

**Date of Signing Addendum**

*34 Darius D Lindsey      77 Diore' A Lindsey      120 John McHugh*

## CRIME/DRUG FREE HOUSING ADDENDUM



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ **4109** _____, **72 Milton Ave.**
**#4109**
_____ **(street address)** in
_____ **Atlanta** _____
(city), Georgia, _____ **30315** _____
(zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____

Residents **(list all residents):**

**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____

**3. ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling unit, all common areas, all other dwelling units on the property or any common areas or other dwelling units on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

**4. CRIME/DRUG FREE HOUSING.** Resident, members of the Resident's household, Resident's guests, and all other persons affiliated with the Resident:

A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

1. Engaging in any act intended to facilitate any type of criminal activity.

2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not limited to the State of Georgia and/or the Federal Controlled Substances Act.

4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with his or her unit.

6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Residents, or involving imminent, actual or substantial property damage.

7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Resident's application due to criminal conduct.

8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

B. AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for termination of the Lease Contract. Notwithstanding the foregoing comments, Owner may terminate Resident's tenancy for any lawful reason, and by any lawful method, with or without good cause.

**5. CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise provided by law, proof of violation of any criminal law shall not require a criminal conviction.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents (sign here)**                    **Date of Signing Addendum**

_____        _____
_____        _____
_____        _____
_____        _____

**Owner or Owner's Representative (signs here)**          **Date of Signing Addendum**

_____        _____

© 2018, National Apartment Association, Inc. - 11/2018, Georgia 

35 *Darius D Lindsey*    78 *Diore' A Lindsey*    121 *John McHugh*

## ADDENDUM PROHIBITING
## SHORT-TERM SUBLETTING OR RENTAL



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____4109_____, _72 Milton Ave._
#4109
_____ (street address) in
_____Atlanta_____
(city), Georgia, _30315_ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____

Residents *(list all residents)*:
**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. SHORT TERM SUBLEASE OR RENTING PROHIBITED.** Without limiting the prohibition in the Lease on subletting and assignment and without limiting any of our rights or remedies, this Addendum to the Lease further supplements and defines the requirements and prohibitions contained in the Lease Contract between you and us. You are hereby strictly prohibited from subletting or renting to any third party, or allowing occupancy by any third party, of all or any portion of the dwelling, whether for an overnight use or duration of any length, without our prior written consent in each instance. This prohibition applies to overnight stays or any other stays arranged on Airbnb.com or other similar internet sites.

**4. PROHIBITION ON LISTING OR ADVERTISING DWELLING ON OVERNIGHT SUBLETTING OR RENTING WEBSITES.** You agree not to list or advertise the dwelling as being available for short term subletting or rental or occupancy by others on Airbnb.com or similar internet websites. You agree that listing or advertising the dwelling on Airbnb.com or similar internet websites shall be a violation of this Addendum and a breach of your Lease Contract.

**5. VIOLATION OF LEASE AGREEMENT.** Your Lease Contract allows for use of your dwelling as a private residence only and strictly prohibits conducting any kind of business in, from, or involving your dwelling unless expressly permitted by law. Separately, your Lease Contract prohibits subletting or occupancy by others of the dwelling for any period of time without our prior written consent. Permitting your dwelling

to be used for any subletting or rental or occupancy by others (including, without limitation, for a short term), regardless of the value of consideration received or if no consideration is received, is a violation and breach of this Addendum and your Lease Contract.

**6. REMEDY FOR VIOLATION.** Any violation of this Addendum constitutes a material violation of the Lease Contract, and as such we may exercise any default remedies permitted in the Lease Contract, including termination of your tenancy, in accordance with local law. This clause shall not be interpreted to restrict our rights to terminate your tenancy for any lawful reason, or by any lawful method.

**7. RESIDENT LIABILITY.** You are responsible for and shall be held liable for any and all losses, damages, and/or fines that we incur as a result of your violations of the terms of this Addendum or the Lease Contract. Further, you agree you shall indemnify us, are responsible for, and shall be held liable for any and all actions of any person(s) who occupy your dwelling in violation of the terms of this Addendum or the Lease Contract, including, but not limited to, property damage, disturbance of other residents, and violence or attempted violence to another person. In accordance with applicable law, without limiting your liability you agree we shall have the right to collect against any renter's or liability insurance policy maintained by you for any losses or damages that we incur as the result of any violation of the terms of this Addendum.

**8. SEVERABILITY.** If any provision of this Addendum or the Lease Contract is determined to be invalid or unenforceable under applicable law, such provision shall be severed from the remainder of such enforceable provisions and ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Addendum while preserving the intent of the parties.

**9. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs below)*

**Resident or Residents**
*(All residents must sign)*
_____
_____
_____
_____
_____

_____
**Date of Signing Addendum**

© 2019, National Apartment Association, Inc. · 6/2019, Georgia

*36 Darius D Lindsey*      *79 Diore' A Lindsey*      *122 John McHugh*

## PACKAGE ACCEPTANCE ADDENDUM

**NAA**
NATIONAL APARTMENT ASSOCIATION

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ 4109 _____, 72 Milton Ave.
#4109
_____ *(street address)* in
_____ Atlanta _____
*(city)*, Georgia, _____ 30315 _____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: September 2, 2022
Owner's name: CRP Pollack 72 Milton Owner LLC
_____
_____
_____

Residents *(list all residents)*:
Diore' Lindsey, Darius Lindsey
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, you wish for us to sign for, and to accept, U.S. mail and privately-delivered packages or other items on your behalf, subject to the terms and conditions set forth herein.

**4. PACKAGE ACCEPTANCE.**

**A. Generally.** You hereby authorize us and our agent to accept, on your behalf, any package or item delivered to our on-site management office during disclosed business hours, including but not limited to any package delivered by the U.S. Postal Service or by any private courier service or individual. You also specifically authorize us to sign on your behalf if the person or entity delivering said package or item requires an adult signature prior to delivery, including but not limited to the delivery of certified or registered mail. A photo I.D. is required before any packages will be released. Packages will only be released to verified Residents or approved representatives.

**B. Limitations.** You understand and agree that we may refuse to accept any package for any reason or no reason at all.

**5. TIME LIMITATION.** Due to limited storage space, we must ask that you pick up your package as soon as possible. You also agree that we shall have no duty whatsoever to hold or store any package for more than ____ 7 ____ days after receipt (accordingly, you should notify the management office if you are going to be away from the apartment home and expect to be receiving a package(s)). After said time, you agree that any such package is deemed abandoned and you authorize us to return the package to its original sender.

**6. DUTY OF CARE, INDEMNIFICATION, ASSUMPTION OF RISKS AND WAIVER.** As to any package for which we sign and/or receive on your behalf, you understand and agree that we have no duty to notify you of our receipt of such package, nor do we have any duty to maintain, protect, or deliver said package to you, nor do we have any duty to make said package available to you outside disclosed business hours. Any packages or personal property delivered to us or stored by us shall be at your sole risk, and you assume all risks whatsoever associated with any loss or damage to your packages and personal property. You, your guests, family, invitees, and agents hereby waive any and all claims against us or our agents of any nature regarding or relating to any package or item received by us, including but not limited to, claims for theft, misplacing or damaging any such package, except in the event of our or our agent's gross negligence or willful misconduct. You also agree to defend and indemnify us and our agents and hold us both harmless from any and all claims that may be brought by any third party relating to any injury sustained relating to or arising from any package that we received on your behalf. You also agree to indemnify us and our agents and hold us harmless from any damage caused to us or our agents by any package received by us for you. You also authorize us to throw away or otherwise dispose of any package that we, in our sole discretion, deem to be dangerous, noxious, or in the case of packaged food, spoiled, and waive any claim whatsoever resulting from such disposal.

**7. SEVERABILITY.** If any provision of this Addendum or the Lease Contract is illegal, invalid or unenforceable under any applicable law, then it is the intention of the parties that (a) such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease, (b) the remainder of this Addendum shall not be affected thereby, and (c) it is also the intention of the parties to this Addendum that in lieu of each clause or provision that is illegal, invalid or unenforceable, there be added as a part of this Addendum a clause or provision similar in terms to such illegal, invalid or unenforceable clause or provision as may be possible and be legal, valid and enforceable.

**8. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(Signs below)*

_____

**Date of Signing Addendum**

_____

**Resident or Residents**
*(All residents must sign)*

_____
_____
_____
_____

*37* Darius D Lindsey   *80* Diore' A Lindsey   *123* John McHugh

**PHOTO, VIDEO, AND STATEMENT RELEASE ADDENDUM**

**NAA**
NATIONAL APARTMENT ASSOCIATION

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ **4109** _____, **72 Milton Ave.**
**#4109**
_____ *(street address)* in
_____ **Atlanta** _____
*(city)*, Georgia, _____ **30315** _____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **September 2, 2022**
Owner's name: **CRP Pollack 72 Milton Owner LLC**
_____
_____
_____
_____

Residents *(list all residents)*:
**Diore' Lindsey, Darius Lindsey**
_____
_____
_____
_____
_____
_____
_____
_____
_____

Occupants *(list all occupants)*:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, you, without payment or other consideration, agree to grant us permission to use your likeness in photographs, videos and/or other electronic and/or digital reproductions, including voice, in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. For purposes of this addendum, photographs, videos, written comments, statements, and other digital reproductions will hereinafter be collectively referred to as "media."

A. CONSENT FOR MINOR OCCUPANTS. By signing this Addendum, if any minor occupants are named above, you further certify that you are the parent, or legal guardian of the minor occupant(s) named above, and you, without payment or other consideration, agree to grant us permission to use their likeness in photographs, videos and/or other electronic and/or digital reproductions, including voice, in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. For purposes of this addendum, photographs, videos, written comments, statements, and other digital reproductions will hereinafter be collectively referred to as "media."

**4. PHOTO AND VIDEO RELEASE.** You hereby grant us and our agents and affiliates (collectively, the "Released Parties") permission and a license to take, use, reuse, and publish the likeness of you and any minor occupants in all photographs or other electronic and/or digital media in any and all of our publications, including, without limitation, any website entries, advertising websites, and any other marketing materials. You understand and agree that these materials will become the property of the Released Parties and will not be returned. You agree to irrevocably authorize the Released Parties to edit, alter, copy, exhibit, publish, or distribute this media for any lawful purpose whatsoever including, without limitation, promotional and advertising uses. You waive the right to inspect or approve the finished product, including any written or electronic copy, wherein your likeness appears now or in the future. In addition, you waive any right to payment, royalties, or any other compensation arising or related to the use of the media.

**5. CONSENT TO USE YOUR NAME, LIKENESS , WRITTEN COMMENTS, AND STATEMENTS.** You are expressly agreeing to allow us to post your name, picture, written comments, and statements, and/or the names, pictures, written comments and statements of any minor occupants in any and all of our publications, including, without limitation, any website entries, advertising websites, social media websites, and any other marketing materials. You hereby grant the Released Parties permission and a license to use, reproduce, and publish any media on its website, social media platforms, or in other marketing-related materials, whether in electronic or print form.

**6. RELEASE OF LIABILITY.** You hereby release, hold harmless, and forever discharge us from any claims or causes of actions including, without limitation, any and all claims for libel or violation of any right of publicity or privacy, related to our use of the media in any and all of our publications, including any website entries, advertising websites, social media websites, and any other marketing material so long as the claim or cause of action does not result from our intentional misconduct or gross negligence. This consent and release shall be binding upon you and your heirs, legal representatives and assigns.

**7. REVOCATION.** You have the right to revoke your consent to our use of your name, picture, video, voice, written comments, or statement, and/or the name, picture, video, voice, written comments, or statement of any minor occupants, by written notice to us.

**8. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*38* *Darius D Lindsey*    *81* *Diore' A Lindsey*    *124* *John McHugh*

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(Signs below)*

**Date of Signing Addendum**

³⁹ *Darius D Lindsey*    ⁸² *Diore' A Lindsey*    ¹²⁵ *John McHugh*

**FIRE SAFETY INFORMATION ADDENDUM**



Dwelling Unit Description.    Unit No. **4109** , **72 Milton Ave. #4109**
_____ *(street address)* in
_____**Atlanta**_____ *(city)*, Georgia _____ **30315** _____ *(zip code)*.
Lease Contract Description.    Lease Contract Date: _____**September 2, 2022**_____
Owner's name: **CRP Pollack 72 Milton Owner LLC**

Residents *(list all residents):*
**Diore' Lindsey, Darius Lindsey**

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

# "SAFETY TIPS"

1. <u>Never</u> smoke in bed.

2. Locate fire exits on this floor. (Note: Do **NOT** consider elevators as exits.)

3. Count the number of doors to the nearest exit, and check for any possible obstructions.

4. (When applicable: Locate fire alarm pull stations on this floor.)

5. (When applicable: Locate fire extinguishers on this floor.)

6. Check any windows to see if they can be opened; if so determine how they open.

7. Keep your room key on a table next to your bed.

8. If you leave your room, keep door closed and take your key.

9. Write down the number for the local fire department and keep it next to the phone.

**THE LOCAL FIRE DEPARTMENT NUMBER IS** _____**404-546-7000**_____.

## "IN CASE OF FIRE"

1. **DON'T PANIC**; remain calm.

2. Report fire to front desk or fire department as appropriate.

3. If room is smoky, get on hands and knees (or stomach) and crawl to door.

4. Feel door knob; If **HOT**, do **NOT** open door; if cool, open slowly.

5. If hallway is smoky, stay next to wall and count the doors as you crawl to exit.

6. Do **NOT** use any elevators.

7. Do **NOT** prop open doors to exit staircase.

8. Hang on to handrail and **WALK DOWN** exit staircase.

9. (When applicable: Pull fire alarm as you evacuate.)

## "IF YOU CANNOT LEAVE THIS ROOM"

1. Notify (or Call) front desk (or manager, fire department, or other appropriate person) and let them know where you are.

2. Wet sheets, towels or clothing and stuff them in all cracks around doors and vents.

3. (When applicable: Turn on bathroom fan.)

4. Check to see if there is smoke **OUTSIDE** window; if **NO** smoke and if any window can be opened, hang a sheet or light colored material outside.

5. (When applicable: Fill bathtub (or sink) with cold water for firefighting.)

6. Using ice bucket or other container, keep doors and walls wet.

7. If room is smoky, fold a wet towel in a triangle and tie over your nose and mouth; stay low.

8. Make yourself visible to rescue personnel through any window or balcony; **DO NOT JUMP!**

9. Keep fighting fire until help arrives; **DON'T GIVE UP!**

© 2018, National Apartment Association, Inc. - 7/2018, Georgia

⁴⁰ *Darius D Lindsey*    ⁸³ *Diore' A Lindsey*    ¹²⁶ *John McHugh*

**FOR YOUR SAFETY, THIS BUILDING HAS THE FOLLOWING:**

*(Applicable items are marked with an "☒")*

- ☒ Automatic sprinkler protection in every room.
- ☒ Automatic sprinkler protection in every hallway.
- ☒ Automatic smoke detectors in every room.
- ☒ Automatic smoke detectors in every hallway.
- ☒ Fire extinguishers on every floor.
- ☒ Fire alarm pull stations at every exit.
- ☐ Posted evacuation plans in every room.
- ☐ Pressurized staircase with self-closing doors. (NOTE: In case of fire, do NOT prop doors open.)
- ☐ Fire safety staircase with self-closing doors. (NOTE: In case of fire, do NOT prop doors open.)
- ☒ Emergency lighting and exit lights.
- ☐ Fire resistant drapery and bedding.
- ☐ An alternative fire exit to the roof. (NOTE: To be used ONLY if heavy smoke is encountered when walking DOWN the exit staircase.)
- ☐ Other: _____
- ☐ Other: _____

**SPECIAL PROVISIONS:** _____
_____
_____
_____
_____
_____
_____
_____
_____

You acknowledge receipt of this Fire Safety Information Addendum and agree to make this information available to any of your occupants, guests, invitees or visitors by posting it in a prominent, visible location in the apartment.

| Resident or Residents | Date of Signing Addendum |
|---|---|
| *(all residents must sign)* | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

© 2018, National Apartment Association, Inc. - 7/2018, Georgia



*41 Darius D Lindsey*     *84 Diore' A Lindsey*     *127 John McHugh*

**CONSTRUCTION ADDENDUM**



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____4109_____, 72 Milton Ave.
#4109
_____ (street address) in
_____Atlanta_____
(city), Georgia, _____30315_____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: September 2, 2022
Owner's name: CRP Pollack 72 Milton Owner LLC
_____
_____
_____

Residents (list all residents):

Diore' Lindsey, Darius Lindsey
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, Resident acknowledges that existing, on-going, or future construction on the property may affect your use, view, and enjoyment of such property.

**4. RESIDENT ACKNOWLEDGMENT OF CONSTRUCTION ON PROPERTY.** Resident acknowledges that the property, including its common areas and apartments, may currently or in the future, be under repair, renovation, improvement, or construction. Owner does not guarantee that the repair, renovation, improvement, or construction will be completed on a set date or time and therefore, is not under any obligation to have said repair, renovation, improvement, or construction completed by a set date or time. Resident also acknowledges that the repair, renovation, improvement, or construction does not represent a breach of Owner's obligations under the Lease Contract.

**5. USE OF AMENITIES AND SERVICES.** Repair, renovation, improvement, or construction at the property may create conditions where Resident's use of the property's amenities and services may be limited or not available.

**6. NOISE AND OTHER DISTURBANCES.** Repair, renovation, improvement, or construction at or near the property may create noise or other disturbances, and the property itself, or portions thereof, may be unfinished for some time with respect to landscaping, building exteriors, interiors, amenities, walkways, lighting and the like. Resident acknowledges that these conditions may create inconveniences that may be beyond the control of the Owner. Resident agrees that despite these inconveniences, the obligations of the Resident, including payment of rent, as set forth in the Lease Contract will still be in effect.

**7. RELEASE OF LIABILITY.** To the extent allowed by state law or local ordinance, by signing this Addendum, Resident agrees to waive all claims related to Resident's inability to access, use, and enjoy the amenities, services, and facilities affected by existing, on-going, or future repair, renovation, improvement, or construction on the property.

The existing, on-going, or future construction at the property includes:

Title/Description: _____

Anticipated Start Date: _____
Anticipated End Date: _____

To the extent allowed by state law or local ordinance, Resident further agrees that any inconvenience associated with the repair, renovation, improvement, or construction, such as, but not limited to, those disclosed herein, will not be deemed to give Resident any offset to rent obligations, or other compensation, nor will they be the basis for a complaint(s) or defense(s) against Owner for rent relief, constructive eviction, fitness and habitability, peaceful and quiet enjoyment, nuisance, or any other claim, right or remedy.

**8. DELAY OF OCCUPANCY.** Resident acknowledges that occupancy of the apartment may be delayed due to repair, renovation, improvement, or construction of the property, including common areas and apartments. Such repair, renovation, improvement, or construction may cause unforeseen delays due to scheduling conflicts, delay in permit issuance, acts of God, and other things beyond the control of Owner. The Lease Contract will remain in effect subject to: (1) the start date of the term of the lease contract shall be changed to the first day that Owner provides Resident the apartment for occupancy, and rent shall be abated until occupancy is provided; and (2) your right to terminate as set forth in your Lease Contract under DELAY OF OCCUPANCY, and in accordance with applicable state law or local ordinance.

Resident hereby knowingly and voluntarily accepts the risks of delays and the apartment not being ready for occupancy on the date set forth in the Lease Contract. Resident agrees that Owner's failure to have the apartment ready on the set date in the Lease Contract due to a repair, renovation, improvement, or construction delay does not constitute a willful failure to deliver possession of the apartment. Resident hereby waives and relinquishes any rights, claims, or causes of action against Owner related to delays in delivering the apartment, including, but not limited to, any holdover rent, or other penalties imposed at Resident's current place of residence, provided however, that Owner agrees that rent will not commence under the Lease Contract until possession is delivered to Resident.

**9. DISPLACEMENT.** In the event Resident must be displaced from the apartment that is the subject of the Lease Contract due to repair, renovation, improvement, or construction in or around the apartment, Owner, at Owner's sole option, shall transfer Resident to another apartment within the apartment community that is not affected by the repair, renovation, improvement, or construction or shall provide appropriate comparable accommodations for Resident. However, in the event of Resident's displacement and subsequent re-location, the terms of the Lease Contract, including but not limited to the payment of rent shall remain in full force and effect.

**10. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease contract and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

© 2019, National Apartment Association, Inc. · 2/2019, Georgia

42 Darius D Lindsey    85 Diore' A Lindsey    128 John McHugh

**11. SPECIAL PROVISIONS.**   The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(signs below)*

_____
_____

**Date of Signing Addendum**

_____
_____
_____
_____

© 2019, National Apartment Association, Inc - 2/2019, Georgia

43 *Darius D Lindsey*    86 *Diore' A Lindsey*    129 *John McHugh*



**R A N G E W A T E R**

Apt #: <u>4109</u>

## HARDWOOD, LAMINATE AND VINYL PLANK FLOOR ADDENDUM

Hardwood, Laminate and Vinyl Plank floors, while durable, are still subject to stains, scratches, dents and puncturing. The floors must be maintained during residency and in good condition at move out. You are responsible for payment of all costs and damages to your dwelling for repair, replacement, or cleaning due to damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. It is understood that, if repairs are required, it may be necessary to replace entire rooms in order to have the floors match, even if the stain or damage is limited to a small area. Any flooring may scratch if not cared for properly. Therefore, follow these protective guidelines to keep the floor in good condition:

1. **Dust mop, sweep or vacuum floors daily.** As often as you should vacuum carpet.

2. **Avoid extreme temperatures or humidity conditions.** Blinds must also be used to protect the flooring from extreme or direct sunlight.

3. <u>**Do NOT wet mop. Wipe up spills immediately. Do NOT allow liquids to stand on the flooring.**</u> All water can damage wood, laminate and planks. Clean liquid spills quickly with a dry cloth and sticky spills with a slightly dampened cloth.

4. **Avoid using certain cleaning products.** Do not use abrasive cleaners, steel wool, soap-based detergents, waxes, polishes or scouring powder as they will potentially scratch dull or leave a residue on the flooring. A light wiping of a non-abrasive household cleaner will remove most dirtiness. Discretion should be used at all times and if you are not certain what cleaners to use, please contact the Community Director for such instructions.

5. **Do not apply finish, or wax, on any floors.** Residents shall not use any wax or refinish products on the floors as well without Community Director's prior written permission. Also, do not use any type of buffing machine.

6. **Prevent Scratches.** Make sure the bottoms of all furniture have felt or cloth pads, coasters, broad fabric, or nylon guides attached to prevent scratches. High heeled shoes are often the cause for hardwood floor damage, and utmost caution should be used with any types of shoes on hardwood floors. Even rivets on jeans can scratch floors.

7. **Prevent tracking of dirt.** Please use the provided mat outside the front door to reduce tracking onto the floors. Give thought to removing shoes on entry tile inside the apartment.

8. **With hard surfaces noise echoes and must be absorbed.** If the apartment home has hard surface flooring throughout the living area, area rugs must be used. Area rugs must cover 80% of the hard surface flooring area.

**Owner reserves the right and will charge for any floor damages or replacement costs.** It is the responsibility of the Resident to record the condition of the flooring at Move-In on the Move-In Inspection form.

_____          _____
Resident                                              Date

_____          _____
Resident                                              Date

_____          _____
Management                                        Date

Rangewater Residential, LLC as Independent Contractor for Owner

<sup>1</sup> *Darius D Lindsey*      <sup>2</sup> *Diore' A Lindsey*      <sup>3</sup> *John McHugh*



## Animal Addendum- No Pets

***(to be completed only if an animal will not occupy the dwelling unit)***

Becomes part of Lease Contract

*In this document, the terms "you" and "your" refer to all residents listed below and all occupants or guests; and the terms "we," "us," and "our" refer to the owner named in the Lease Contract (not to the property manager or anyone else).*

This addendum is confirmation that no pet will occupy the dwelling unit, 72 Milton Ave. #4109, #4109, Atlanta, GA 30315 at The Maverick Flats.

The Maverick Flats understands and appreciates the importance of pets as part of a family. We are a pet friendly community with a limit of two animals per apartment. Breed Restrictions are as follows: Tosa Inu/Ken, American Bandogge, Cane Corso, Rottweiler, Doberman, Pit Bull, Bull Terrier, Staffordshire Terrier, Dogo Argentino, Boer Boel, Gull Dong, Basenji, Mastiff, Perro de Presa Canario, Fila Brasiliero, Wolf Hybrid, Caucasian Oucharka, Alaskan Malamutes, Huskie, Kangal, German Shepard, Shepherd, Chow, Spitz, Akita, Reptiles, Rabbits and Pot Bellied Pigs. Mixed breeds containing these bloodlines are also prohibited. If you desire to obtain an animal to occupy the dwelling please be aware of our animal guidelines:

1.  A new Animal Addendum must be completed. Each resident who signed the Lease Contract must sign the new Animal Addendum.

2.  Pet must be approved by management.

3.  Confirm with management current pet fees and rent. Payment arrangement for fees must be completed prior to obtaining animal.

4.  We consider animals a serious responsibility and a risk to each resident in the dwelling. If you do not properly control and care for your animal, you'll be held liable if it causes any damage or disturbs other residents.

*1* Darius D Lindsey     *2* Diore' A Lindsey     *3* John McHugh



# Amenity Agreement

*The safety and well-being of our team members, residents, and guests are our top priority. We are taking appropriate precautions to put safety first. We've implemented a series of preventative health measures from increasing frequency and intensity of cleaning to ensuring the adherence of recommended social distancing guidelines. As an essential business, our Community teams are available to assist prospective residents through digital only and no-contact in-person tours. Our community teams are available during stated hours via phone, email, and scheduled in-person visits under social distancing guidelines.*

*The following outlines our requirements for amenity use.*

- *Use must be scheduled with the office to limit occupancy. Each person will need to register with the office verses multiple on one reservation. Fobs or keys will be checked out from the office at the assigned time and must be promptly returned.*
- *An Amenity Agreement must be signed prior to use. Each person over 18 must read and sign the agreement below.*
- *Amenity use time may not exceed 60 minutes.*
- *All persons under the age of 18 must be supervised by an adult at all times an adhere to all guidelines.*
- *Releasor agrees to sign in and sign out with Front Desk when visiting the Property and agrees to access the Property as directed.*
- *Amenities should not be used if you have had a fever or any respiratory symptoms (cough, shortness of breath, loss of taste).*
- *Hand sanitizing stations are available at the entrance and must be used upon entry and exit.*
- *Social distancing must be practiced while in the amenity space – maintain 6' feet from other persons that don't reside in the same household, in fitness center a minimum of one empty piece of equipment between patrons.*
- *Good personal hygiene must be practiced – wash hand or use hand sanitizer frequently, cover mouth with elbow if cough or sneeze.*
- *Disinfecting wipes or spray and towels are present in each amenity. Each patron is responsible for wiping down any hard surfaces touched while in the amenity space.*



**RANGEWATER**

Real Estate

## INDEMNITY, WAIVER, AND RELEASE AGREEMENT

THIS INDEMNITY, WAIVER, AND RELEASE AGREEMENT (this "Agreement") is effective as of the date set forth below for the benefit of RangeWater Residential, owner and/or manager of the property, located in 72 Milton Ave Atlanta, GA 30315 and known as The Maverick Flats, by Diore' A Lindsey and  Darius D Lindsey.

Releasor is a resident and desires to access to certain areas of the Property. For and in consideration of the premises and other good and valuable consideration, including Releasor accessing the Property as provided herein, the parties agree as follows:

1. Subject to this Agreement and the Amenity Agreement attached and made part of this Agreement, and as may be more specifically directed by Owner, Releasor will have access to the model unit or other vacant apartments and certain amenity areas on the Property.

2. In accessing the Property, Releasor assumes any and all risks of injury, death, and/or property damage to Releasor and any minor children and guests that may accompany Releasor ("Releasor's Guest"), whether caused by the negligence of Owner and its affiliates, subsidiaries, owners, partners, directors, officers, employees, agents, property manager, successors, and assigns thereof and their related parties ("Protected Parties"). **Releasor waives and releases Owner and the Protected parties from any and all claims, liabilities, or causes of actions arising out of Releasor's and Releasor's Guest's access of the Property, regardless whether caused in part by a released party hereunder (unless due to released party's gross negligence and intentional misconduct).** Releasor will accept full and complete responsibility for supervising Releasor's Guest, including ensuring such guest's safety.

3. **Releasor shall indemnify, defend, and hold harmless Owner and the Protected Parties from and against any and all claims, damages, losses and expenses, attorney's fees, liabilities, actions, judgments, settlements, awards, or costs, of whatever kind, arising out of Releasor's and Releasor's Guest's access of the Property, regardless whether caused in part by an indemnified party (unless due to indemnified party's gross negligence and intentional misconduct).**

4. Any dispute between the parties related to this Agreement will be resolved by arbitration governed by the Federal Arbitration Act and, as permitted by such statute, pursuant to the rules of arbitration of commercial disputes as then promulgated by the American Arbitration Association (the "AAA") in the county where the Property is located.   By agreeing to arbitrate, Owner and Releasor waives certain rights, including its rights to seek remedies and procedures in court (including a trial by jury and discovery

*2* DDL   *5* DAL



processes) and to participate in a class action. The arbitrator's decision will be binding on the parties, and judgment of arbitration award may be entered in any court having jurisdiction.

5. Without limiting the arbitration requirement and subject to applicable law, each party waives a jury in any litigation relating to this Agreement (including interpretation or construction of this Agreement).

6. Each party will bear its own costs (including attorneys' fees) incurred in connection with any dispute between the parties related to this Agreement, and each party waives any contrary rights otherwise available by statute or as a matter of law. This Agreement shall be governed by the laws of the state where the Property is located. If any provision of this Agreement is held to be invalid or unenforceable, this Agreement shall be construed as though it did not contain such provision. This Agreement may be signed electronically. This Agreement has been freely negotiated between the parties and after the opportunity to consult with competent counsel.

Resident Signature: _____    Date: _____

Resident Signature: _____    Date: _____

Resident Signature: _____    Date: _____

Landlord's Representative: _____    Date: _____

³ *Darius D Lindsey*    ⁶ *Diore' A Lindsey*    ⁷ *John McHugh*



## Preferred Contact Addendum

Resident acknowledges that management correspondence throughout the lease term will be via email. By electing consent for email correspondence between management and resident, resident is required to:

1. Provide management with the most frequently used email address so that tenant notices may be received in a timely manner.
2. Notify management of any changes to email address and/or cancellation of email.
   a. Tenant must confirm management office has received request via email confirmation of receipt by management and/or provide written request to management office.
3. Acknowledge management notifications via email including, but not limited to: renewal notices, resident events, late notices, and/or eviction notices.

Name: **Diore' A Lindsey and  Darius D Lindsey**

Email: **diorelindsey11@gmail.com**

Unit # **4109**

| You are legally bound to this document. Please read carefully before signing. |
|---|

Signature(s):

_____        _____
(name)                                                         Date

Signature(s):

_____        _____
(name)                                                         Date

_____        _____
Owner or Owner Representative (signing on behalf of Owner)    Date

_¹ Darius D Lindsey_        _² Diore' A Lindsey_        _³ John McHugh_



**R A N G E W A T E R**

Apt #: <u>4109</u>

## TRASH ADDENDUM

Valet trash service will be provided for each resident **5 nights per week (Sunday, Monday, Tuesday, Wednesday and Thursday).** A container will be provided to each resident and must be used in conjunction with the valet service. **Containers with bagged trash should be placed outside front door only between the hours of 5:00pm - 7:00pm.** Service will begin at 7:00pm. All trash must be in bags and securely tied. Bags must be placed inside the container. No trash will be collected without the use of the container. No loose trash will be collected. All boxes must be broken down and flattened. Only one (1) flattened box will be collected each night. After collection, residents are required to bring containers inside by 9:00am the following morning. If resident's trash causes damage to the corridor flooring, all repair costs will be incurred by the resident. It is the responsibility of each resident to keep his or her container clean. There will be a $50 charge to the resident if an additional or replacement container is needed or if the container is taken upon move out.

If any resident misses service on any of the designated nights, it is their responsibility to bring trash to the designated compactor or dumpster area or keep the trash inside his or her apartment until the next collection evening. **Containers/trash may NOT be left out for any reason during non-designated times.** If not complied with, resident will receive a warning. If after the first warning the resident is again in violation, his or her container will be removed and/or a fine of $75.00 per bag will be issued. Containers may be returned after a return fee is paid and with the resident's thorough understanding of the procedures for the service. If problem persists, valet service for that resident will be terminated and disposing of trash will become the resident's responsibility.

We hope everyone will follow the rules to enjoy this amenity. By not following the rules for our community, you are in violation of your lease agreement and will be handled accordingly. We ask that everyone do his or her part in keeping our property clean and beautiful.

By signing this addendum you are stating that you are fully aware of the rules for the valet trash service and the penalties that may be incurred.

| | |
|---|---|
| _____ | _____ |
| Resident | Date |
| _____ | _____ |
| Resident | Date |
| _____ | _____ |
| Management | Date |

RangeWater Residential, LLC as Independent Contractor for Owner

*¹ Darius D Lindsey      ² Diore' A Lindsey      ³ John McHugh*

Exhibit 1: City of Atlanta Workforce Unit Lease Addendum

Resident Name(s):  Diore' A Lindsey and  Darius D Lindsey

Unit Number:  4109

EXPLANATION OF WORKFORCE HOUSING UNIT RENT RESTRICTIONS

Occupancy of the above identified unit is provided to tenants having incomes at or below 80% of the Area Median Income in accordance with the requirements of the Land Use Restriction Agreement, dated 09/02/2022, between the City of Atlanta and CRP Pollack 72 Milton Owner LLC (the "LURA").  Resident must cooperate with the Owner or Property Management Company in certifying his/her eligibility for the Program upon initial occupancy, and annually thereafter.  Continued occupancy of a Workforce Unit at Affordable Rent is subject to this certification requirement, and failure to certify may result in a lease renewal at a market rate rent consistent with other comparable units in the development.

UNIT SPECIFICS

The initial rent restriction of this unit is at 80% AMI.  Upon lease renewal, the rent of the unit will correspond to the annual rent level for this AMI posted by the City of Atlanta updated each year according to HUD standards, unless the tenant's recertification income exceeds 40% of the initial unit AMI above.  The annual rent levels chart may be found here: *Jordan to insert link to OHCD rent site.*

In the event the tenant's recertification income exceeds 40% of the initial AMI for the year of the recertification, the tenant's affordable rent upon the next lease renewal shall be the AMI rent corresponding to the recertification AMI income of the tenant for that year, unless the AMI recertification exceeds 120% AMI.  For example, if a 60% AMI workforce unit occupant recertifies at 120% of AMI income, the new renewal rent for the next lease term shall be the rent level designated at 120% AMI by the City of Atlanta in the annual rent level chart.

However, in the event the tenant recertifies above 120% AMI, the renewal rent shall be equivalent to the current market rate rent for a comparable unit in the same development.

This rent restriction applies the term of 20 years, beginning on the date the LURA was originally executed.

RESIDENT(S) SIGNATURE(S) _____

_____

PROPERTY MANAGER SIGNATURE _____

*¹ Darius D Lindsey*      *² Diore' A Lindsey*      *³ John McHugh*

# Blue Moon Lease - The Maverick (Phase 1)

## Signature Details

| | Signer | IP Address | Date Signed |
|---|---|---|---|
| | **Blue Moon Lease - The Maverick (Phase 1)** | | |
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 2 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 3 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 4 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 5 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 6 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 7 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 8 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 9 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 10 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 11 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 12 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 13 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 14 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 15 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 16 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 17 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 18 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 19 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 20 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 21 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 22 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 23 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 24 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |

| 25 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
|----|------|------|------|
| 26 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 27 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 28 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 29 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 30 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 31 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 32 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 33 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 34 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 35 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 36 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 37 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 38 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 39 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 40 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 41 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 42 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 43 | **Darius D Lindsey** Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:44:33 PM |
| 44 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 45 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 46 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 47 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 48 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 49 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 50 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| 51 | **Diore' A Lindsey** Resident (14861736) | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |

| 52 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
|----|----|----|----|
| 53 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 54 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 55 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 56 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 57 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 58 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 59 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 60 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 61 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 62 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 63 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 64 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 65 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 66 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 67 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 68 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 69 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 70 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 71 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 72 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 73 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 74 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 75 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 76 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 77 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |
| 78 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:6e1a::l | 09/02/2022 03:53:28 PM |

| 79 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 80 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 81 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 82 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 83 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 84 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 85 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 86 | **Diore' A Lindsey** | 2600:387:c:6e1a::1 | 09/02/2022 03:53:28 PM |
| | Resident (14861736) | | |
| 87 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 88 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 89 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 90 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 91 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 92 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 93 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 94 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 95 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 96 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 97 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 98 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 99 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 100 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 101 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 102 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 103 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 104 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |
| 105 | **John McHugh** | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | Agent For Owner | | |

| 106 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 107 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 108 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 109 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 110 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 111 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 112 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 113 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 114 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 115 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 116 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 117 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 118 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 119 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 120 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 121 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 122 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 123 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 124 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 125 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 126 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 127 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 128 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| 129 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:24 PM |
| | **Flooring Addendum** | | |
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:58:23 PM |
| 2 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:04:36 PM |

| | | | |
|---|---|---|---|
| 3 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:34 PM |

**Animal Addendum - No Pets**

| | | | |
|---|---|---|---|
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:57:01 PM |
| 2 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:04:15 PM |
| 3 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:35 PM |

**RW Amenity Waiver Addendum**

| | | | |
|---|---|---|---|
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:56:38 PM |
| 2 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:56:38 PM |
| 3 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:56:38 PM |
| 4 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:03:57 PM |
| 5 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:03:57 PM |
| 6 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:03:57 PM |
| 7 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:35 PM |

**Preferred Contact**

| | | | |
|---|---|---|---|
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:48:34 PM |
| 2 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:03:32 PM |
| 3 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:36 PM |

**Trash Addendum**

| | | | |
|---|---|---|---|
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:47:58 PM |
| 2 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:03:12 PM |
| 3 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:37 PM |

**City of Atlanta Workforce Unit Lease Addendum**

| | | | |
|---|---|---|---|
| 1 | **Darius D Lindsey**<br>Resident (15113665) | 2607:fb90:b31e:dd7d:10f | 09/02/2022 03:46:23 PM |
| 2 | **Diore' A Lindsey**<br>Resident (14861736) | 2600:387:c:2d16::a | 09/02/2022 04:02:48 PM |
| 3 | **John McHugh**<br>Agent For Owner | 65.182.33.38 | 09/02/2022 04:12:38 PM |

**The Maverick Flats**

| Summary | |
|---|---|
| Statement Date: | Apr 04, 2023 |
| **Outstanding Balance:** | **$10,763.49** |

**Resident:** **Lindsey, Diore'**
72 Milton Ave. #4109
Atlanta GA 30315

| | |
|---|---|
| **Unit:** | 4000-4109 |
| **Lease Id:** | 14732537 |
| **Lease Start Date:** | 09/02/2022 |
| **Lease End Date:** | 09/01/2023 |
| **Move-out Date:** | |

## OPEN ITEMS

| | Post Date | Transaction Id | Charge Code | Memo | Charges | Unapplied |
|---|---|---|---|---|---|---|
| ☐ | Apr 02, 2023 | 762538857 | Late Fee | **Late Fee** | $200.00 | $200.00 |
| ☐ | Apr 01, 2023 | 755968127 | Water | **Water - Water Reimbursed For 02/01/23-03/01/23** | $130.34 | $130.34 |
| ☐ | Apr 01, 2023 | 755968124 | Utility Service Fee | **Utility Service Fee - Vacant Service Fee For 01/09/23-02/08/23** | $50.00 | $50.00 |
| ☐ | Apr 01, 2023 | 755968121 | Utility Service Fee | **Utility Service Fee - Vacant Service Fee For 02/08/23-03/09/23** | $50.00 | $50.00 |
| ☐ | Apr 01, 2023 | 755968120 | Electric Charge - Reimbursed | **Electric Charge - Reimbursed - Vacant Electric For 01/09/23-02/08/23** | $137.16 | $137.16 |
| ☐ | Apr 01, 2023 | 755968117 | Electric Charge - Reimbursed | **Electric Charge - Reimbursed - Vacant Electric For 02/08/23-03/09/23** | $146.12 | $146.12 |
| ☐ | Apr 01, 2023 | 755968114 | Utility Service Fee | **Utility Service Fee - Service Fee For 02/01/23-03/01/23** | $5.00 | $5.00 |
| ☐ | Apr 01, 2023 | 755852466 | Pest Control - Expense Offset | **Monthly Pest Control - Expense Offset - Posted from 04/01/2023 to 04/30/2023 - Pest Control - Expense Offset** | $3.00 | $3.00 |

| | Date | Ref | Type | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| ☐ | Apr 01, 2023 | Details | Rent | Rent | $1,400.00 | $1,400.00 |
| ☐ | Apr 01, 2023 | 755851685 | Trash | **Monthly Trash - Posted from 04/01/2023 to 04/30/2023 - Trash** | $30.00 | $30.00 |
| ☐ | Mar 02, 2023 | 743972925 | Late Fee | **Late Fee** | $200.00 | $200.00 |
| ☐ | Mar 01, 2023 | 738978763 | Water | **Water - Water Reimbursed For 01/01/23-02/01/23** | $93.96 | $93.96 |
| ☐ | Mar 01, 2023 | 738978761 | Utility Service Fee | **Utility Service Fee - Vacant Service Fee For 12/08/22-01/09/23** | $50.00 | $50.00 |
| ☐ | Mar 01, 2023 | 738978759 | Electric Charge - Reimbursed | **Electric Charge - Reimbursed - Vacant Electric For 12/08/22-01/09/23** | $139.57 | $139.57 |
| ☐ | Mar 01, 2023 | 738978757 | Utility Service Fee | **Utility Service Fee - Service Fee For 01/01/23-02/01/23** | $5.00 | $5.00 |
| ☐ | Mar 01, 2023 | 738865197 | Trash | **Monthly Trash - Posted from 03/01/2023 to 03/31/2023 - Trash** | $30.00 | $30.00 |
| ☐ | Mar 01, 2023 | Details | Rent | Rent | $1,400.00 | $1,400.00 |
| ☐ | Mar 01, 2023 | 738864614 | Pest Control - Expense Offset | **Monthly Pest Control - Expense Offset - Posted from 03/01/2023 to 03/31/2023 - Pest Control - Expense Offset** | $3.00 | $3.00 |
| ☐ | Feb 13, 2023 | 733238389 | Eviction Reimbursement | **Eviction Reimbursement** | $250.00 | $250.00 |
| ☐ | Feb 02, 2023 | 726015453 | Late Fee | **Late Fee** | $200.00 | $200.00 |
| ☐ | Feb 01, 2023 | 720030281 | Water | **Water - Water Reimbursed For 12/01/22-01/01/23** | $146.94 | $146.94 |
| ☐ | Feb 01, | 720030280 | Utility Service Fee | **Utility Service Fee - Vacant Service Fee For 11/21/22-12/08/22** | $50.00 | $50.00 |

2023

| | Date | | Type | Description | | |
|---|---|---|---|---|---|---|
| ☐ | Feb 01, 2023 | 720030279 | Electric Charge - Reimbursed | Electric Charge - Reimbursed - Vacant Electric For 11/21/22-12/08/22 | $72.35 | $72.35 |
| ☐ | Feb 01, 2023 | 720030278 | Utility Service Fee | Utility Service Fee - Service Fee For 12/01/22-01/01/23 | $5.00 | $5.00 |
| ☐ | Feb 01, 2023 | Details | Rent | Rent | $1,400.00 | $1,400.00 |
| ☐ | Feb 01, 2023 | 717644225 | Pest Control - Expense Offset | Monthly Pest Control - Expense Offset - Posted from 02/01/2023 to 02/28/2023 - Pest Control - Expense Offset | $3.00 | $3.00 |
| ☐ | Feb 01, 2023 | 717643682 | Trash | Monthly Trash - Posted from 02/01/2023 to 02/28/2023 - Trash | $30.00 | $30.00 |
| ☐ | Jan 02, 2023 | 703189915 | Late Fee | Late Fee | $200.00 | $200.00 |
| ☐ | Jan 01, 2023 | 696848373 | Water | Water - Water Reimbursed For 11/01/22-12/01/22 | $109.14 | $109.14 |
| ☐ | Jan 01, 2023 | 696848370 | Utility Service Fee | Utility Service Fee - Service Fee For 11/01/22-12/01/22 | $5.00 | $5.00 |
| ☐ | Jan 01, 2023 | Details | Rent | Rent | $1,400.00 | $1,400.00 |
| ☐ | Jan 01, 2023 | 696689632 | Trash | Monthly Trash - Posted from 01/01/2023 to 01/31/2023 - Trash | $30.00 | $30.00 |
| ☐ | Jan 01, 2023 | 696689191 | Pest Control - Expense Offset | Monthly Pest Control - Expense Offset - Posted from 01/01/2023 to 01/31/2023 - Pest Control - Expense Offset | $3.00 | $3.00 |
| ☐ | Dec 02, 2022 | 683802241 | Late Fee | Late Fee | $200.00 | $200.00 |
| ☐ | Dec 01, 2022 | 676789579 | Water | Water - Water Reimbursed For 10/01/22-11/01/22 | $133.06 | $133.06 |

| | Date | Ref | Type | Description | Charge | Balance |
|---|---|---|---|---|---|---|
| ☐ | Dec 01, 2022 | 676789577 | Utility Service Fee | Utility Service Fee - Service Fee For 10/01/22-11/01/22 | $5.00 | $5.00 |
| ☐ | Dec 01, 2022 | 676650937 | Trash | Monthly Trash - Posted from 12/01/2022 to 12/31/2022 - Trash | $30.00 | $30.00 |
| ☐ | Dec 01, 2022 | Details | Rent | Rent | $1,400.00 | $1,400.00 |
| ☐ | Dec 01, 2022 | 676649875 | Pest Control - Expense Offset | Monthly Pest Control - Expense Offset - Posted from 12/01/2022 to 12/31/2022 - Pest Control - Expense Offset | $3.00 | $3.00 |
| ☐ | Nov 02, 2022 | 664925716 | Late Fee | Late Fee | $200.00 | $200.00 |
| ☐ | Nov 01, 2022 | 658486503 | Water | Water - Water Reimbursed For 09/02/22-10/01/22 | $46.85 | $46.85 |
| ☐ | Nov 01, 2022 | 658486502 | Utility Service Fee | Utility Service Fee - Service Fee For 09/02/22-10/01/22 | $5.00 | $5.00 |
| ☐ | Nov 01, 2022 | 658486501 | Utility Service Fee | Utility Service Fee - Acct. Setup | $10.00 | $10.00 |
| ☐ | Nov 01, 2022 | Details | Rent | Rent | $1,400.00 | $720.00 |
| ☐ | Nov 01, 2022 | 658307314 | Pest Control - Expense Offset | Monthly Pest Control - Expense Offset - Posted from 11/01/2022 to 11/30/2022 - Pest Control - Expense Offset | $3.00 | $3.00 |
| ☐ | Nov 01, 2022 | 658306950 | Trash | Monthly Trash - Posted from 11/01/2022 to 11/30/2022 - Trash | $30.00 | $30.00 |